UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) BIOCHEMICS, INC., JOHN J. MASIZ, ) CRAIG MEDOFF and GREGORY S. ) KRONING, ) ) Defendants. ) | Civil Action No. 12-12324-MLW |

### BIOCHEMICS' SECOND MOTION FOR APPROVAL OF THE PARTIAL TRANSFER OF BIOCHEMICS' INTELLECTUAL PROPERTY RIGHTS

BioChemics moves for an Order approving the partial transfer of BioChemics' intellectual property rights in consideration of the payment into the Court's registry of $5 million by December 28, 2017. The basis for this Motion is as follows:

### I. RELEVANT PROCEDURAL HISTORY

The Court in response to BioChemics report contained in the 9-18-17 Joint Report (Doc. #353) par. 1(a) and BioChemics September 29, 2017 motion (Doc. #356), by Order dated October 13, 2017 (Doc. #360) approved the transfer of BioChemics' technology for a limited purpose. In reference to that opportunity, BioChemics and the Commission had discussed the nature and extent of the partial release of the Commission's security interest that would be required in exchange for a $5 million payment to the Court's registry. BioChemics and the Commission had come to an agreement regarding the wording of that partial release and the partial release was shared with ADEC.

*Allowed and So Ordered.*

*Wolf, DJ.*

*December 18, 2017*