UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE )
COMMISSION )
)
Plaintiff, )
)
v. ) Civil Action No. 12-12324-MLW
)
)
BIOCHEMICS, INC., JOHN J. MASIZ, )
CRAIG MEDOFF and GREGORY S. )
BROWNING )
)
)
Defendants. )

### 12-12-17 SUPPLEMENTAL JOINT REPORT OF THE PARTIES AND ADEC DIRECTED BY PAR. 3 OF THE COURT'S 12-5-17 ORDER (Doc. #379)

The Parties and ADEC submit this supplemental joint report as directed by Par. 3 of the Court's December 5, 2017 Order (Doc. #379) as follows:

**RELEVANT PROCEDURAL HISTORY**

A.  **December 5, 2017 Order**

In its December 5, 2017 Order the Court directed at par. 3 as follows:

ADEC Private Equity Investments, LLC ("ADEC") shall confer with BioChemics and the SEC, and shall, by December 7, 2017, report regarding: (1) the prospects of monetizing the assets in dispute; and (2) the possibility of resolving their dispute without further action by the Court. If they are unable to resolve their dispute, the parties shall propose a schedule for future proceedings, including a briefing schedule on the issues of: (a) interpleader under 28 USC Section 1335; and (b) the court's authority to provide relief from the May 25, 2016 Modified Judgment (Docket No. 202).

December 5, 2017 Order (Doc. #379).

B.  **December 7, 2017 Joint Report (Doc. #383)**

On December 7, 2017 the Parties and ADEC reported as follows:

BioChemics has presented to the Commission and ADEC its plan to monetize the assets so that the obligations regarding payment of the Judgment and the obligation to ADEC