UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 12-12324-MLW |
| BIOCHEMICS, INC., JOHN J. MASIZ, CRAIG MEDOFF and GREGORY S. KRONING, | ) ) ) ) | |
| Defendants. | ) ) | |

**MASIZ NOTICE OF PAYMENT OF JUDGMENT**
**(Proposed Judgment 8-15-17 (Doc. #339-1) Approved by Order Dated 8-18-17 (Doc. #344))**

Defendant John Masiz gives notice that he has complied with the payment requirements regarding the Judgment (Proposed Judgment dated 8-15-17 (Doc. #339-1) entered by Order of the Court dated 8-18-17 (Doc. #344) by delivering this date by Federal Express delivery a cashier's check in the amount of $120,000.00 to:

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

The check was accompanied by a letter identifying the case title, civil action number, and name of this Court; name as defendant in this action; and specifying that payment is made pursuant to the Final Judgment.  See, Final Judgment As To Defendant John J. Masiz 8-15-17 (Doc. #339-1) paragraph IV entered as an Order of the Court dated 8-18-17 (Doc. #344).

Dated: January 26, 2018

Respectfully submitted by his counsel:

/s/ Jan Schlichtmann
Jan R. Schlichtmann, Esq. (BBO #445900)
Jan R. Schlichtmann Atty At Law
PO Box 233
Prides Crossing, Massachusetts 01965
Telephone: (978) 927-1037
Email: jan@schlichtmannlaw.com
Attorney for Defendant John Masiz

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that, on January 26, 2018 a true and correct copy of the foregoing document was served on counsel for the Commission by electronic service through the CM/ECF.

Dated: January 26, 2018

Respectfully submitted,

Defendant John Masiz
By his attorney

/s/ Jan Schlichtmann
Jan R. Schlichtmann, Esq. (BBO #445900)
Jan R. Schlichtmann Atty At Law
PO Box 233
Prides Crossing, Massachusetts 01965
Telephone: (978) 927-1037
Email: jan@schlichtmannlaw.com

**Electronic Service:**

**Commission:**

Kathleen Burdette Shields (BBO No. 637438)
David H. London (BBO No. 638289)
Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, Massachusetts 02110
Telephone: (617) 573-8904 (Shields direct)
Email: shieldska@sec.gov
londond@sec.gov