UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　Plaintiff,<br>v.<br>BIOCHEMICS, INC., JOHN J. MASIZ, CRAIG MEDOFF and GREGORY S. KRONING,<br>　　　　　Defendants. | )<br>)<br>)<br>)　Civil Action No. 12-12324-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

**BIOCHEMICS' SUPPLEMENTAL REPORT**

Pursuant to the Court's December 5, 2017 Order (Doc. #379) and the Court's December 18, 2018 Order (Doc. #390), BioChemics wishes to inform the Court that there have been additional developments that could substantially impact BioChemics' ability to satisfy the Judgment and the ADEC obligation.  A funding source has agreed to certain terms that, assuming satisfactory completion of due diligence, will allow, on BioChemics' behalf, a Trust related entity to satisfy the Judgment in full within the next sixty days.  Further, the terms are expected to allow, on Inpellis' behalf, a Trust related entity to also satisfy the ADEC obligation over the near term.  BioChemics expects to be filing a further report regarding these developments on or before Wednesday, March 21, 2018.

Dated: March 15, 2018

Respectfully submitted by its counsel:

/s/ Jan Schlichtmann
Jan R. Schlichtmann, Esq. (BBO #445900)
Jan R. Schlichtmann Atty At Law
PO Box 233
Prides Crossing, Massachusetts 01965
Telephone: (978) 927-1037
Email: jan@schlichtmannlaw.com
Attorney for Defendant BioChemics

## CERTIFICATE OF ELECTRONIC SERVICE

       I hereby certify that, on March 15, 2018 a true and correct copy of the foregoing document was served on counsel for the Commission and ADEC by electronic service through the CM/ECF.

Dated: March 15, 2018

Respectfully submitted,

Defendant BioChemics
By its attorney

/s/ Jan Schlichtmann
Jan R. Schlichtmann, Esq. (BBO #445900)
Jan R. Schlichtmann Atty At Law
PO Box 233
Prides Crossing, Massachusetts 01965
Telephone: (978) 927-1037
Email: jan@schlichtmannlaw.com

**Electronic Service:**

**Commission:**

Kathleen Burdette Shields (BBO No. 637438)
David H. London (BBO No. 638289)
Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, Massachusetts 02110
Telephone: (617) 573-8904 (Shields direct)
Email: shieldska@sec.gov
londond@sec.gov

**ADEC:**

Jonathan M. Albano, Esq.
Morgan Lewis & Bockius LLP
One Federal Street
Boston, MA 02110
617-951-8360
617-951-8736 (fax)
jonathan.albano@morganlewis.com