**Morgan Lewis**

FILED
IN CLERKS OFFICE

2018 MAR 15 PM 12: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

**Elizabeth Marie Bresnahan**
Associate
+1.617.951.8638
elizabeth.bresnahan@morganlewis.com

March 15, 2018

**BY HAND**

Christine Bono
Deputy Clerk to the Honorable Mark L. Wolf
United States District Court - District of Massachusetts
1 Courthouse Way
Boston, MA 02210

**Re:** ***SEC v. BioChemics, Inc.*, No. 12-CV-12324**
**Courtesy Copies of Supplemental Pleadings Related to ADEC's Motion for Relief from Judgment or, in the Alternative, to Intervene (Dkt. 275)**

Dear Ms. Bono:

Per your email request of March 14, 2018, please find enclosed two (2) sets of courtesy copies of the following filings related to ADEC's Motion for Relief from Judgment or, in the Alternative, to Intervene (Dkt. 275), together with exhibits:

1. BioChemics' Supplemental Opposition (dated 02/02/2018, Dkt. 395)

2. SEC's Supplemental Opposition (dated 02/02/2018, Dkt. 396)

3. ADEC's Supplemental Memorandum in Support of Its Motion for Relief from Judgment (dated 02/02/2018, Dkt. 398)

4. ADEC's Statement of Undisputed Facts (dated 02/02/2018, Dkt. 399)

5. SEC's Response to ADEC's Supplemental Memorandum (dated 02/27/2018, Dkt. 401) and SEC's Response to ADEC's Statement of Undisputed Facts and Counterstatement of Undisputed Facts (dated 02/27/2018, Dkt. 402)

6. ADEC's Reply to Supplemental Oppositions (dated 02/27/2018, Dkt. 403)

7. BioChemics' Response to ADEC's Statement of Undisputed Facts and SEC's Counterstatement (dated 02/27/2018, Dkt. 404)

8. BioChemics' Amended Response to ADEC's Statement of Undisputed Facts and SEC's Counterstatement (dated 02/28/2018, Dkt. 405)

Thank you for your consideration.

Please date-stamp the enclosed copy of this letter and provide it to the messenger.

Sincerely,

Elizabeth Marie Bresnahan

EMB/pjb
Enclosures