UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 12-12324-MLW |
| | ) | |
| BIOCHEMICS, INC., JOHN J. MASIZ, CRAIG MEDOFF and GREGORY S. KRONING, | ) | |
| Defendants. | ) | |

**4-3-18 JOINT REPORT**
**Pursuant To The Court's 3-23-18 Order (Doc. #412) par. 3**

Pursuant to the Court's March 23, 2018 Order (Doc. #412) par. 3, the Commission and

BioChemics report as follows:

1.     The Court in its 3-23-18 Order (Doc. #412) par. 3 directed: "The parties shall, by April 3,

2018, confer and report concerning the remaining issues for the court."

2.     Pursuant to the Court's directive, the Commission and BioChemics conferred and

discussed, in general terms: the present status of BioChemics' efforts to satisfy the Judgment; the

likely time frame in which the intended Transaction, reported and discussed at the 3-22-18

Hearing and described in further detail in BioChemics' 3-29-18 Status Report, should

consummate; the process for providing substantive reports regarding the Transaction's progress;

certain issues concerning the distribution process; and the process in the event that the

Transaction does or does not result in satisfaction of the Judgment by the date intended.

3.     The Commission and BioChemics report that BioChemics shall provide weekly email

reports to the Commission as to the status and progress of the Transaction and the efforts to

secure payment of the Judgment by the week of May 21, 2018.  BioChemics shall review the

In view of this report, it is hereby ORDERED
that the parties report further
by June 6, 2018.                    Wolf. D.J.
                                    April 4, 2018