UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>    v.<br><br>BIOCHEMICS, INC., JOHN J. MASIZ, AND GREGORY S. KRONING,<br>    Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 12-12324-MLW<br>)<br>)<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                                       July 12, 2018

It is hereby ORDERED that:

1. The Motion of ADEC Private Equity Investments, LLC ("ADEC") for Leave to File Limited Opposition to the Commission's Proposed Order for Appointment of a Receiver (Docket No. 425) is ALLOWED. ADEC's opposition shall be filed by July 20, 2018.

2. The parties shall respond to ADEC's opposition by July 28, 2018.

                                          /s/ Mark L. Wolf
                                          UNITED STATES DISTRICT JUDGE