UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BIOCHEMICS, INC., JOHN J. MASIZ, ) <br> CRAIG MEDOFF and GREGORY S. ) <br> KRONING, ) <br> ) <br> Defendants. ) | Civil Action No. 12-12324-MLW |

**BIOCHEMICS' MOTION
FOR A THREE WEEK CONTINUANCE OF THE HEARING
ON APPOINTMENT OF A RECEIVER**

BioChemics moves pursuant to the Court's 8-2-18 Order (Doc. #432) for a short continuance of the Hearing scheduled by the Court on the Commission's Motion for an appointment of a receiver until after September 28, 2018. The continuance will provide the Parties and ADEC additional time to consider their positions regarding the appropriate way to proceed in light of the present status of the proceedings in Bankruptcy Court considering the Chapter 7 Petition filed by ADEC (USBC DMa Case #18-12844). The grounds of this motion are:

1. In its August 2, 2018 Order (Doc. #432), the Court scheduled the Hearing on the Commission's Motion to Appoint A Receiver for September 11, 2018. In addition, the Court directed the Parties and ADEC to address in Memoranda the implications of the Chapter 7 involuntary bankruptcy petition filed by ADEC including whether the "filing of the petition requires or suggests a stay of these proceedings." 8-2-18 Order (Doc. #432).

*This motion is hereby DENIED. However, whether the court should defer deciding whether to appoint a Receiver, and related issues, will be addressed at the September 11, 2018 hearing.*

*Sept. 4, 2018*

*[signature] /s/ D. Wolf*