UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>        v.<br><br>BIOCHEMICS, INC., JOHN J. MASIZ, AND GREGORY S. KRONING,<br>    Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 12-12324-MLW<br>)<br>)<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                           September 12, 2018

For the reasons stated in court on September 11, 2018, it is hereby ORDERED that:

1. The parties and ADEC Private Equity Investments, LLC ("ADEC") shall, by September 21, 2018, confer and report, jointly if possible but separately if necessary, on whether they have reached an agreement to resolve the outstanding issues in this case. If no agreement has been reached, the report shall state whether the parties and ADEC request until October 2, 2018, to continue their discussions.

2. If the parties and ADEC have not previously reached an agreement, they shall, by October 2, 2018, confer and report again, jointly if possible but separately if necessary, on whether they have reached an agreement to resolve the outstanding issues in this case. If no agreement has been reached, the report shall identify the issues that they request the court decide, and the

parties and ADEC shall submit supplemental memoranda concerning their positions on those issues.

    3.   If necessary, a hearing shall be held on October 9, 2018, at 2:00 p.m.

    4.   The parties and ADEC shall order the transcript of the September 11, 2018 hearing.

                                        /s/ Mark L. Wolf
                                      UNITED STATES DISTRICT JUDGE