UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>BIOCHEMICS, INC., JOHN J. MASIZ, AND GREGORY S. KRONING,<br>    Defendants. | C.A. No. 12-12324-MLW |

ORDER

WOLF, D.J.                                              December 11, 2018

It is hereby ORDERED that plaintiff, Securities and Exchange Commission, and movant, ADEC Private Equity, shall, by December 18, 2018, report whether they have any objections to the Court-Appointed Receiver's Motions to Employ Sunstein Kann Murphy & Timbers LLP as Special Counsel (Docket No. 467), Employ Nields, Lemack & Frame, LLC as Special Counsel (Docket No. 468), and Approve Settlement with Landlord (Docket No. 470), and if so, explain their objections.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE