UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>BIOCHEMICS, INC., JOHN J. MASIZ, CRAIG MEDOFF and GREGORY S. KRONING,<br>　　　　　　　　Defendants. | CIVIL ACTION NO. 12-12324-MLW |

### RECEIVER'S MOTION FOR RELEASE OF FUNDS

Mark G. DeGiacomo, the court-appointed receiver of Biochemics, Inc. and the Shareholder Resolution Trust (the "Receiver"), hereby requests the entry of an Order requiring the release to the Receiver of funds *including any and all accrued interest* held in the Court's registry, as previously authorized by the Court.

In support of this Motion, the Receiver respectfully states:

1. On June 28, 2018, the plaintiff, Securities and Exchange Commission ("SEC") filed a motion to appoint a receiver (Dkt. No. 423) of defendant Biochemics, Inc. ("Biochemics") and its related party, the Shareholder Resolution Trust (the "Trust").

2. On October 9, 2018, the Court entered an Order (Dkt. No. 452) granting the SEC's motion and appointing the Receiver (the "Receiver Order").

3. On October 25, 2018, the Receiver filed a motion seeking turnover of approximately $437,000 held in the Court's registry (Dkt. No. 459).

4. By Order dated November 2, 2018, the Court granted the Receiver's motion and authorized the turnover of such funds (Dkt. No. 466).

Allowed and
So Ordered
Wolf, DJ
Dec. 18, 2018

9662044v1