AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Securities and Exchange Commission )<br>*Plaintiff* )<br>v. )<br>Biochemics, Inc., et al )<br>*Defendant* ) | Case No.  12-12324-MLW |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-party ADEC Private Equity Investments, LLC

Date:     12/21/2018

*Attorney's signature*

Howard M. Cooper, BBO # 543842
*Printed name and bar number*

Todd & Weld LLP
One Federal St., 27th Fl.
Boston, MA 02110
*Address*

hcooper@toddweld.com
*E-mail address*

(617) 720-2626
*Telephone number*

(617) 227-5777
*FAX number*