AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Securities and Exchange Commission <br> *Plaintiff* <br> v. <br> Biochemics, Inc., et al <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Case No.   12-12324-MLW |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-party ADEC Private Equity Investments, LLC

Date:   12/21/2018

*Attorney's signature*

Joseph M. Cacace, BBO # 672298
*Printed name and bar number*

Todd & Weld LLP
One Federal St., 27th Fl.
Boston, MA 02110

*Address*

jcacace@toddweld.com
*E-mail address*

(617) 720-2626
*Telephone number*

(617) 227-5777
*FAX number*