UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-12324-MLW |
| | ) | |
| BIOCHEMICS, INC., JOHN J. MASIZ, CRAIG MEDOFF and GREGORY S. KRONING, | ) | |
| | ) | |
| Defendants. | ) | |

**COMMISSION'S RESPONSE TO THE
RECEIVER'S MOTION TO APPROVE LIQUIDATION PLAN**

The Securities and Exchange Commission ("Commission") hereby provides notice that it does not oppose the Receiver's Motion to Approve Liquidation Plan (Dkt. No. 484), which essentially proposes that BioChemics' Receiver work together with the bankruptcy trustee controlling Inpellis' assets to liquidate the intellectual property in which both entities have interests. The Commission agrees that the Receiver and the Trustee should employ an investment banker to market and sell that intellectual property as expeditiously as possible so that the total value of that pool of assets will be known. The Commission believes that the competing claims to those assets should be determined only after the value of those assets has been established by selling them.

Dated: January 23, 2019

SECURITIES AND EXCHANGE COMMISSION,
By its attorneys,

/s/ Kathleen Burdette Shields
Kathleen Burdette Shields (BBO #637438)
David H. London (BBO #638289)
Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, Massachusetts 02110
Telephone: (617) 573-8904 (Shields direct)
Telephone: (617) 573-8997 (London direct)
E-mail: shieldska@sec.gov
londond@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on January 23, 2019, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Kathleen Burdette Shields
Kathleen Burdette Shields