**EXHIBIT A**

**BioChemics, Inc. - Exhibit A to Quarterly Status Report**
**List of Series "E" Stockholders and Creditors**

| Name of Investor | Amount of Investment |
|---|---:|
| Matthew P. Hoffman | 72,100.00 |
| Nathan Leung | 30,000.00 |
| Brian Morrow-The Reinvent Group | 25,000.00 |
| 360 Partners, LLC (Todd A. Jacobs) | 50,000.00 |
| Filter International Co. | 50,000.00 |
| Whitehall Financial Inc. | 100,000.00 |
| Jennifer Bishko | 25,000.00 |
| William E. Deitrick Jr. | 100,000.00 |
| William E. Deitrick Sr. | 200,000.00 |
| Winston S. Marshall | 400,000.00 |
| H. David Henken | 25,000.00 |
| Arthur H. Parker | 100,000.00 |
| Ramesh K. Sunar | 100,000.00 |
| Alan Fleck | 100,000.00 |
| Wesley Marshall | 150,000.00 |
| M. Wayne Falcone | 100,000.00 |
| Allen Family Partnership II, Ltd. | 200,000.00 |
| Shelly & Morgan Hull JTWROS | 10,000.00 |
| Royce & Janie Hull JTWROS | 100,000.00 |
| Mark & Penny Stone JTWROS | 100,000.00 |
| Jennifer Alexander | 250,000.00 |
| Douglas G. Owen | 60,000.00 |
| Sean M. Flinn | 10,000.00 |
| Thomas Peterson | 200,000.00 |
| Derek Slaughter | 60,000.00 |
| Rodney A. Brown | 100,000.00 |
| David & Kathy Hunter | 70,000.00 |
| Thaddeus R. Tolleson | 100,000.00 |
| Emily Brown | 100,000.00 |
| David Dick | 100,000.00 |
| Harold & Rhonda Hosea | 100,000.00 |
| John & Elizabeth Sciortino | 100,000.00 |
| Lynda Rippee | 100,000.00 |
| Eric & Adriana White | 300,000.00 |
| John Serafini | 600,000.00 |
| Tom & Peggy Johnson | 50,000.00 |
| Eric & Andrea White | 100,000.00 |
| Clint Bond | 50,000.00 |
| Peter Sivillo | 100,000.00 |
| Arun Adlakha | 90,000.00 |
| Arun Adlakha | 60,000.00 |

| | |
|---|---|
| Joseph A. Panepinto | 100,000.00 |
| Michael Todryk | 50,000.00 |
| Flat Rate Movers, Ltd | 100,000.00 |
| Kenneth M. Fink | 100,000.00 |
| Silver Mountain Partners (Colin J. Smith) | 100,000.00 |
| Jack T. Taylor | 600,000.00 |
| Linda K. Kropp | 1,000,000.00 |
| Joseph Profaci | 100,000.00 |
| Yaniv Zohar | 100,000.00 |
| Corey Chen | 200,000.00 |
| Carmine  & Pamela Dell Aquino | 200,000.00 |
| Robert W. Doherty | 200,000.00 |
| Kevin P. & Dawn M. Smith | 250,000.00 |
| Bruce Hrovat | 50,000.00 |
| Richard & Beverly Horowitz, Trustees, Horowitz Fam. Trust | 100,000.00 |
| O'Connor Family, LLC Series 2 | 200,000.00 |
| James C. & Nina F. Jackson | 150,000.00 |
| Chris J Pecchia | 35,000.00 |
| Royce & Janie Hull | 100,000.00 |
| Charles G. Copeland | 40,000.00 |
| John Kolinofsky | 10,000.00 |
| Laurence Pierron | 10,000.00 |
| Jacob Dunlap | 20,000.00 |
| Kemper C. Tyson Family Trust | 50,000.00 |
| Tyson Family LTD Partnership | 50,000.00 |
| Kemper & Jo Annette Tyson | 15,000.00 |
| James and Kathy Robinson | 50,000.00 |
| Blaydon Holdings LLC | 100,000.00 |
| Mitchell Cole | 10,000.00 |
| James and Peggy Freeman | 15,000.00 |
| Morgan and Shelly Hull | 10,000.00 |
| Panther Graphics, LLC | 140,000.00 |
| Peter Berg | 100,000.00 |
| Thomas P. Shivers | 60,000.00 |
| John & Terry Felper Giordano | 50,000.00 |
| Jonathan D. Blair | 150,000.00 |
| Robert Bloom | 50,000.00 |
| Lindsay Bloom | 50,000.00 |
| Andrew & Lori Bogdan | 100,000.00 |
| Stuart Brogadir Revocable Trust | 40,000.00 |
| Scott & Robin Anderson | 200,000.00 |
| Paul Gianaris | 25,000.00 |
| Zachary Gianaris | 25,000.00 |
| Robert Bloom | 25,000.00 |
| Jonathan & Alice Mishkin | 25,000.00 |
| Frank & Maryann Mihalopoulos | 150,000.00 |
| Kathleen Fleming | 30,000.00 |
| Michael Erlich | 50,000.00 |
| Mark & Kimberly Erlich | 50,000.00 |
| Zachary Gianaris | 25,000.00 |
| David Lowenthal | 10,000.00 |
| Cathleen Jia | 50,000.00 |
| Jacob N. & Laura Erlich, Trustees of the Erlich Family | 20,000.00 |
| Latimore Properties, Inc. | 1,000,000.00 |
| Harry C. Liu | 70,000.00 |

| | |
|---|---|
| Joseph M. Polito II | 25,000.00 |
| Stephen G. & Anne M. Lukin | 25,000.00 |
| Allan Weatherwax | 25,005.00 |
| Theodore A. Cocca | 25,000.00 |
| James Stephen Gay | 200,000.00 |
| David Peihang Shu, M.D. | 50,000.00 |
| Kathy Wen Hsin Chang | 50,000.00 |
| Harry C. Liu | 10,000.00 |
| Richard Jelsma | 150,000.00 |
| Richard P. Goodkin | 25,000.00 |
| H. Pete Berg | 400,000.00 |
| Judy Reed Smith | 100,000.00 |
| Michael S. Ben | 25,000.00 |
| Joseph A. Panepinto 2008 GRAT | 900,000.00 |
| William & Margaret Flynn | 55,000.00 |
| Stephen F. Flynn | 25,000.00 |
| Derek Slaughter | 40,000.00 |
| Wendy Wolyniec | 50,000.00 |
| Wendy Wolyniec | 50,000.00 |
| Thomas Rafferty | 55,000.00 |
| Anne Marie Rafferty-DiPierro | 25,000.00 |
| Richard J. & Jeanne D. Rafferty | 100,000.00 |
| Kathleen Fleming | 25,000.00 |
| William & Margaret Flynn | 28,000.00 |
| John and Mark Family Limited Partnership | 2,000,000.00 |
| Jonathan D. Blair | 80,000.00 |

**BioChemics Total**                                    **15,890,105.00**

**Less:**
**Matthew Hoffman**                                    **(51,896.84)**
**Brian Morrow**                                       **(38,804.25)**
**360 Partners**                                       **(67,500.00)**
**Filter International Co.**                            **(67,500.00)**
**Jennifer Bishko**                                    **(33,750.00)**
**Alan Fleck**                                         **(100,000.00)**
**Douglas G. Owen**                                    **(30,000.00)**
**Douglas G. Owen**                                    **(39,452.05)**
**Silver Mountain Partners (Collin Smith)**            **(145,877.00)**
**Carmine & Pamela Dell Aquino**                       **(200,000.00)**
**Laurence Pierron**                                   **(10,000.00)**

**SEC Total (Rounded up to Nearest Dollar)**           **15,105,325.00**

| Vendor | Amount Due |
|---|---|
| Abernathy, Roeder, Boyd & Joplin, P.C.<br>P.O. Box 1210<br>1700 Redbud Blvd., Suite 300<br>McKinney, TX 75069 | 1,020.00 |
| Advanced Discovery<br>P.O. Box 3173<br>Wichita, KS 67201-3173 | 175.00 |
| Anderson & Kreiger LLP<br>One Canal Park, Suite 200<br>Cambridge, MA 02141 | 212,517.64 |
| BDO USA, LLP<br>P.O. Box 31001-0860<br>Pasadena, CA 91110-0860 | 2,087.00 |
| Blackfin S/A<br>26 High Street<br>Topsfield, MA 01983 | 16,186.58 |
| Cantey Hanger LLP<br>Cantey Hanger Plaza<br>600 W. 6th Street, Suite 300<br>Fort Worth, TX 76102 | 26,522.75 |
| Cercone Brown & Co. LLC<br>77 N. Washington Street, 5th Floor<br>Boston, MA 02114 | 18,355.50 |
| Computer Expertise | 481.71 |

3841 Kelly Blvd
Carrollton, TX 75007

| | |
|---|---|
| Gellert Scali Busenkell & Brown<br>1201 N. Orange Street, Suite 300<br>Wilmington, DE 19801 | 4,914.50 |
| Gordian Group, LLC<br>950 Third Avenue, 17th Floor<br>New York, NY 10022 | 50,000.00 |
| Holland & Knight, LLP<br>P.O. Box 864084<br>Orlando, FL 32825-5016 | 244,735.70 |
| InstantInfo LLC<br>dba CRE Cloud Solutions<br>5600 Tennyson Pkwy, Suite 190<br>Plano, TX 75024 | 2,706.25 |
| Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068 | 33,554.54 |
| John Masiz<br>26 High Street<br>Topsfield, MA 01983 | 650.54 |
| McDermott, Will & Emery<br>P.O. Box 6043<br>Chicago, IL 60680-6043 | 1,487,531.63 |
| Joseph M. McGonagle<br>26 Phillips Beach Avenue<br>Swampscott, MA 01907 | 290,000.00 |

| | |
|---|---|
| Nelson Mullins Riley & Scarborough LLP<br>One Post Office Square, 30th Floor<br>Boston, MA 02109 | 40,189.37 |
| Nields & Lemack<br>East Point Crossing<br>176 E. Main Street, Suite 8<br>Westboro, MA 01581 | 1,000.00 |
| Pabian Partners, Inc.<br>3 Westchester Court<br>Heath, TX 75032 | 478.18 |
| Partridge Snow & Hahn LLP<br>30 Federal Street<br>Boston, MA 02110 | 2,152.50 |
| Pierce Atwood LLP<br>100 Summer Street<br>Boston, MA 02110 | 27,853.31 |
| Rosewood Drive LLC<br>50 Dodge Street<br>Beverly, MA 01915 | 35,965.96 |
| Ruberto Israel & Weiner, P.C.<br>255 State Street, 7th Floor<br>Boston, MA 02109 | 27,102.14 |
| Jan R. Schlichtmann<br>P.O. Box 233<br>Prides Crossing, MA 01965 | 5,536.26 |
| Shackelford, Melton, McKinley & Norton,<br>3333 Lee Parkway, Tenth Floor<br>Dallas, TX 75219 | 22,720.00 |

| Name/Address | Amount |
|---|---|
| SMB Companies, LLC<br>ATTN: Billing Department<br>2443 Fillmore St. Ste 380-5552<br>San Francisco, CA 94115 | 4,922.35 |
| Sonnenschein Nath & Rosenthal LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 | 1,769.00 |
| Laura Stephens<br>2 Harbour Heights<br>Gloucester, MA 01930 | 550,000.00 |
| Marshall Sterman<br>68 Phillips Beach Avenue<br>Swampscott, MA 01907 | 347,900.00 |
| Sunstein Kann Murphy & Timbers LLP<br>125 Summer Street, Floor 11<br>Boston, MA 02110-1618 | 37,656.50 |
| TDM Partners Ltd.<br>191 Roma Drive<br>Lewisville, TX 75067 | 10,000.00 |
| United American Reporting Svcs, Inc.<br>5220 Renaissance Tower, LB20<br>1201 Elm Street<br>Dallas, TX 75270 | 951.10 |
| Verizon<br>P.O. Box 15124<br>Albany, NY 12212-5124 | 376.50 |
| Verizon | 380.65 |

P.O. Box 920041
Dallas, TX 75392-0041