UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 12-12324-MLW |
| BIOCHEMICS, INC., JOHN J. MASIZ, CRAIG MEDOFF and GREGORY S. KRONING, | ) ) ) ) | |
| Defendants. | ) | |

**FIRST INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND
EXPENSES OF THE RECEIVER AND MURTHA CULLINA, LLP**

Mark G. DeGiacomo, (the "Receiver") hereby files, on behalf of himself and his law firm Murtha Cullina, LLP (together referred to herein as the "Applicant"), this Application pursuant to this Court's Order dated October 9, 2019 and the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission (the "Billing Instructions"), seeking compensation in the total amount of $80,181.60 for services rendered and $665.51 for expenses incurred from October 9, 2018 through December 31, 2018 (the "Application Period"). This amount is 80% of the time incurred during the Application Period and 80% of the expenses incurred during the Application Period. Per the Receiver's agreement with the SEC the remaining 20% of fees and expenses will be held back until the filing of a Final Fee Application.

In support of this Application, the Receiver states as follows:

1.      On June 28, 2018, the plaintiff, Securities and Exchange Commission ("SEC") filed a motion to appoint a receiver (Dkt. No. 423) of defendant Biochemics, Inc. ("Biochemics") and its related party, the Shareholder Resolution Trust (the "Trust").

9729185v1

2.     On October 9, 2018, the Court entered an Order (Dkt. No. 452) granting the SEC's Motion and appointed the Receiver (the "Receiver Order").   The Receiver's services commenced that day.

3.     The Receiver Order requires that "[t]he Receiver shall assume control of all Receivership Assets."  Receiver Order ¶ 5. "Receivership Assets" are defined by the Receiver Order as "all property of whatever kind and wherever situated, of defendant Biochemics, Inc., as well as property of the Shareholder Resolution Trust in which the Commission has first-priority security interests."  Receiver Order ¶ 1

4.     On October 25, 2018, this Court entered an Order allowing the Receiver's Motion to Employ Murtha Cullina, LLP as his counsel.

5.     Paragraph 57 of the Receiver Order provides as follows:

> Within 45 days after the end of each calendar quarter, the Receiver and Retained Personnel shall apply to the Court for compensation and expense reimbursement from the Receivership Assets (the "Quarterly Fee Application").

6.     The following information is attached to this Application:

| | |
|---|---|
| **Exhibit A:** | **Certification of Receiver** |
| **Exhibit B:** | **Summaries of Administration** |
| **Exhibit C:** | **Time Records** |
| **Exhibit D:** | **Summary of Time** |
| **Exhibit E:** | **Summary of Expenses** |

7.     This is the Applicant's First Interim Fee Application.  There has been no prior fee applications and there has been no interim allowance of fees or expenses in this case for services rendered by the Applicant.

8.     The Receiver has collected the amount of $441,305.23 (the "Funds").  This is the amount turned over from the District Court Registry.  The Funds are in an interest bearing account

but no interest has been earned on the Funds as of January 31, 2019 and no amounts have been disbursed. The Funds are unencumbered. To the best of the Receiver's knowledge, no administrative expenses have accrued (other than those sought by this Application).[1]

9.     Pursuant to the authority granted by this Court on October 25, 2018, the Receiver has employed Verdolino & Lowey ("V&L") as his accountants.

10.     On December 7, 2018, the Receiver filed a Motion seeking to employ Sunstein, Kann Murphy & Timbers, LLP and Nields, Lemack & Frame, LLC, as special intellectual property counsel (the "IP Firms"). The Court has yet to act on these Motions.

11.     V&L has done little or no work as of the date of this Application and the IP Firms are being paid by a third party.

12.     A list of creditors was supplied to the Receiver by Biochemics. On November 2, 2018, this Court entered an Order approving the Receiver's Motion to Limit Notice. In accordance with that Order, all known creditors were advised that, if they forwarded a request to the Receiver, they would be served with all filings made by the Receiver with this Court.

13.     The claims filing and review procedure has not begun. It is anticipated that the claims filing and review procedure will start once the Receivership Assets including the Intellectual Property is sold at which point it will be clear if any dividend will be available to general unsecured creditors.

14.     Summaries of the work done by the Applicant during the Application Period are attached hereto as Exhibit B.

15.     At this early point, the Receiver is unable to predict when this case will close.

---

[1] Since there has been no activity in the Receiver's account other than the deposit of the Funds, a Standardized Fund Accounting Report is not attached to this Application.

16.     The fees and expenses sought by this Application were incurred in the best interests of the fair distribution of the Receivership Assets.

17.     With the exception of the Billing Instructions, the Applicant has not entered into any agreement, written or oral, express or implied, with any person or entity concerning the amount of compensation paid or to be paid from the Receivership Assets, or any sharing thereof.

18.     At this point the Receiver has determined that this estate holds the following assets:

| Asset | Value |
|---|---|
| Intellectual Property | Unknown |
| Registry Funds | $441,305.23 |
| Trusteed funds in Rosewood case | $4,145.03 |
| Claim against Axis Reinsurance | Unknown |

19.     The Receiver is currently investigating what (if any) claims he holds against third parties.

WHEREFORE, the Receiver requests an Order authorizing the payment of compensation in the amount of $80,161.60 for services rendered and $665.51 for expenses incurred in this matter from October 9, 2018 through December 31, 2018.

Respectfully submitted,


/s/ Mark G. DeGiacomo
Mark G. DeGiacomo, Chapter 7 Receiver
Murtha Cullina, LLP
99 High Street, 20th Floor
Boston, MA 02110
(617) 451-4000 Telephone
(617) 482-3868 Facsimile

Dated: February 6, 2019


9729185v1

# EXHIBIT A

## CERTIFICATION OF RECEIVER

I, Mark G. DeGiacomo, do hereby certify to this Court as follows:

1.      I have read this completed Fee Application (the "Application").

2.      To the best of my knowledge, information and belief formed after reasonable inquiry, the Application and all fees and expenses sought therein are true and accurate and comply with the Billing Instructions For Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission;

3.      All fees sought in the Application are based on the rates listed in the fee schedule attached hereto and such fees are reasonable, necessary and commensurate with the skill and experience required for the activity performed;

4.      I have not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission); and

5.      In this Fee Application I am not seeking reimbursement for services which were justifiably purchased or contracted for from a third party (such as copying, imaging, bulk mail, messenger service, overnight courier, computerized research, or title and lien searches).

6.      My firm is not making a profit on any reimbursable service.

SIGNED under the pains and penalties of perjury this 6th day of February, 2019.

**MARK G. DEGIACOMO**

9729171v1

**EXHIBIT B**

**BIOCHEMICS**

**FEE APPLICATION**

## I.    ASSET ANALYSIS – INTELLECTUAL PROPERTY

The primary asset in this case is the intellectual property owned by Biochemics or co-owned by Biochemics and Inpellis, Inc. (the "Intellectual Property").  The time covered under this section was spent in connection with the analysis of the Intellectual Property and strategizing about the most effective way to liquidate this asset.  As a result of these efforts, the Receiver has determined that the best way to liquidate the Intellectual Property is to combine it with the related intellectual property that is owned by Inpellis bankruptcy estate and hire the investment banker formally used by Biochemics and the Trust, Gordian Group, to market these assets together.  Once the assets are sold, a determination concerning how the sale proceeds should be split between the Inpellis bankruptcy estate and the receivership estate will need to be made.  Obviously the liquidation of the Intellectual Property is substantially complicated by coownership of some of that property by Inpellis.

The time spent on this section was primarily spent reviewing the substantial amount of documents concerning all of the Intellectual Property as well as the intellectual property owned by Inpellis and the G-4 technology[2], and many telephone calls and meetings with the Bankruptcy Trustee John Aquino, Attorneys Jan Schlichtmann, Daniel Glosband and Jeffrey Sternklar concerning the assets and a possible offer for the Intellectual Property.  There also have been several telephone calls with the Gordian Group their post-sale efforts and possible employment

---

[2] The G-4 technology is a transdermal drug delivery system that includes at least one basement member disruptor.  BioPhysics Pharma, Inc. asserts ownership of G-4 and has claimed that this technology is unique from the Vale 1 and Vale II technologies owned by Biochemics and/or Inpellis.

by the Receiver and the Trustee.  Finally, time was spent by Attorney Elizabeth Gallatta, who is counsel at Murtha Cullina, who specializes in intellectual property law.

## II.      ASSET ANALYSIS (NON- IP)

This section contains time spent in connection with the analysis and collection of assets other than the Intellectual Property.  Most of the time covered in this section was spent in connection with the drafting of two Motions for Turnover of Funds from the District Court Registry in the amount of $441,305.23. The second Motion was filed at the request of the Clerk's Office to obtain a turnover order that included all earned interest.  Time was also spent by the Applicant in connection with the drafting of a Motion to Approve a Settlement with Biochemics' former landlord, Rosewood Drive, LLC.  This settlement will free up for the receivership estate the amount of $4,145.03 which was subject to a trustee process attachment that was obtained in the Rosewood litigation.  The final significant matter covered by the section involved the appeal brought by Biochemics in the Axis Reinsurance matter that is pending in the First Circuit Court of Appeals.  Time spent on this matter included reviewing the briefs that were submitted to the First Circuit Court of Appeals and telephone calls with Biochemics attorneys.

## III.      ASSET MAINTENANCE

The primary assets in this case are the Intellectual Property which is comprised of many patents that are owned by Biochemics and patents that are co-owned by Biochemics and Inpellis, Inc.  Prior to the appointment of the Receiver, Biochemics employed two intellectual property law firms to deal with all matters involving the maintenance of its intellectual property (the "IP Law Firms").

The time covered by this section involves the substantial amount of work learning about the patents that make up the Intellectual Property, including working with the IP Law Firms the

Receiver has filed Motions to Hire to ensure that all actions necessary to maintain these patents continue to be taken. The Receiver believes that, while work concerning the maintenance of the Intellectual Property will be ongoing, the time required by the Applicant in the future should not be significant.

### IV.     CASE ADMINISTRATION

The time spent on general administrative matters that is included in this section and includes reviewing all pleadings filed in the Inpellis bankruptcy case and telephone calls, exchange of email correspondence and meetings concerning the Inpellis bankruptcy case and the demand letter served on the Receiver by ADEC, the drafting of the Receiver's Motion to Limit Notice, many telephone calls and exchange of email correspondence with a substantial number of creditors, working with attorneys at the Securities and Exchange Commission, telephone calls and meetings with representatives of ADEC (the  largest creditor in the Inpellis bankruptcy case).

### V.     EMPLOYMENT OF PROFESSIONALS

The time covered by this section includes time spent obtaining court approval of the employment of Murtha Cullina as counsel to the Receiver, Verdolino and Lowey as accountants to the Receiver and Sunstein Law Offices and Nields Lemach LLP as Special Intellectual Property Counsel. Time entries include the drafting of the Applications to Employ as well as telephone calls and email correspondence with the various professionals concerning their employment.

9729185v1

# EXHIBIT C

## ASSET ANALYSIS (IP)

**MURTHA**CULLINA

Client.Matter:  007615.0001
MGD as Receiver
Biochemics, Inc. - Asset Analysis (IP)

Invoice Number:  595108
February 6, 2019

**PROFESSIONAL SERVICES**

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 10/10/18 | JMH | Prepare for and meet with MGD and Attorneys T. Garg, Schlitchman, Sternklar and Glosband re: Biochemics background history, assets, liabilities and other information | 3.90 | 1,170.00 |
| 10/10/18 | MGD | Prepare for and conduct meeting with Attorneys Schlichtman and Sternklar | 3.90 | 2,028.00 |
| 10/10/18 | TG | Telephone conference with MGD regarding meeting with Biochem attorneys concerning receivership issues | .20 | 78.00 |
| 10/10/18 | TG | Reviewed Receiver Order and preliminary pleadings concerning appointment of receiver (1.4); meeting with receiver, Jan Schlichtmann, Esq. and other attorneys regarding background (3.1) | 4.50 | 1,755.00 |
| 10/10/18 | TG | Reviewed agreement regarding potential sale to BioPhysics Pharma | .40 | 156.00 |
| 10/11/18 | TG | Reviewed numerous correspondence from Jan Schlichtmann, Esq. regarding background information | .70 | 273.00 |
| 10/12/18 | JMH | Call with MGD to discuss strategy and next steps | .10 | 30.00 |
| 10/12/18 | MGD | Call with JMH re Gordian contract and IP issues | .10 | 52.00 |
| 10/12/18 | MGD | Review IP Purchase and Sale Agreement drafted prior to receivership | 1.40 | 728.00 |
| 10/16/18 | MGD | E-mail exchange with Attorney Jan Schlictman | .60 | 312.00 |
| 10/16/18 | TG | Reviewed correspondence from Jan Schlichtmann, Esq. regarding BioPhysics Pharma transaction and Inpellis lease | .40 | 156.00 |
| 10/17/18 | MGD | Several e-mails with Attorney Jan Schlichtmann re material needed re Biochemics and Impellis | .70 | 364.00 |
| 10/17/18 | MGD | Call to Liam Ahearn at Gordian Group re past marketing efforts | .20 | 104.00 |
| 10/17/18 | TG | Correspondence with Trustee regarding meeting with Attorney Jan Schlichtmann and others | .10 | 39.00 |
| 10/18/18 | MGD | Preparation for tomorrow's meeting with Attorneys Schlichtmann, Glosband and Sternklar and review of substantial documents in connection therewith | 4.30 | 2,236.00 |
| 10/19/18 | JMH | Meet with Attorneys Schlichtman, Glosband and Sternklar to discuss Debtor's assets and liabilities and potential transaction to monetize assets | 1.70 | 510.00 |
| 10/19/18 | MGD | Prepare for (1.6) and attend meeting with Attorneys Schlichtmann, Sternkar and Glosband (1.7) | 3.30 | 1,716.00 |
| 10/19/18 | TG | Videoconference meeting with Receiver, Attorney Jan Schlichtmann and others regarding progress on potential deal | 1.60 | 624.00 |
| 10/22/18 | TG | Reviewed multiple correspondence from Jan Schlichtmann, Esq. regarding list of possible interested parties re purchase of intellectual property and tax returns | .40 | 156.00 |
| 10/22/18 | TG | Coordinate preparation of service list of all interested parties | .50 | 195.00 |
| 10/23/18 | MGD | Call to TG re G4 and Motion to Shorten Notice List | .40 | 208.00 |
| 10/23/18 | TG | Reviewed correspondence from ADEC counsel regarding G4; reviewed BioPhysics website and correspondence with Receiver regarding same | .50 | 195.00 |

**MURTHA**CULLINA

Client.Matter:  007615.0001
MGD as Receiver
Biochemics, Inc. - Asset Analysis (IP)

<u>Invoice Number:  595108</u>
February 6, 2019

| <u>Date</u> | <u>Atty</u> | <u>Description of Service</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 10/23/18 | TG | Reviewed correspondence and documents sent by Jan Schlichtmann, Esq. regarding efforts made by Gordian Group | .40 | 156.00 |
| 10/24/18 | MGD | E-mail exchange with Burke Ross (ADEC) re Gordian | .40 | 208.00 |
| 10/24/18 | MGD | E-mail to Attorney Jan Schlichtmann re G4 | .30 | 156.00 |
| 10/24/18 | MGD | Review e-mails from Attorney Jan Schlichtmann | .50 | 260.00 |
| 10/24/18 | TG | Reviewed correspondence from Receiver regarding G4 technology | .10 | 39.00 |
| 10/25/18 | MGD | Call from Attorney Jeff Sternklar re: G4 | .70 | 364.00 |
| 10/29/18 | TG | Reviewed correspondence from Jan Schlichtmann, Esq. regarding updates on various pending matters | .20 | 78.00 |
| 10/30/18 | MGD | Review e-mail from Jan regarding status of offer to purchase IP | .40 | 208.00 |
| 10/30/18 | MGD | Review of voluminous material from Gordian Group regarding their efforts to find buyers or investors | 3.30 | 1,716.00 |
| 10/30/18 | MGD | Long call with Liam Ahern of Gordian Group regarding past efforts and possible future employment | .90 | 468.00 |
| 10/30/18 | MGD | E-mail exchange with Attorney Jeff Steinklar regarding Inpellis Stipulation | .70 | 364.00 |
| 11/02/18 | MGD | Prepare for call with and conference call with Attorneys Schlichtman, Sternklar and Glossband | 1.60 | 832.00 |
| 11/02/18 | TG | Conference call with Receiver, Jan Schlichtmann, Jeffery Sternklar, Daniel Glosband  regarding status of deal and other items | 1.00 | 390.00 |
| 11/02/18 | TG | Reviewed correspondence and documents from Jan Schlichtmann, Esq. regarding Inpellis disbursements | .10 | 39.00 |
| 11/02/18 | TG | Reviewed information on external drive sent by Jan Schlichtmann | 1.00 | 390.00 |
| 11/09/18 | MGD | Long call with Attorney Jan Schlichtman re status of sales efforts | .80 | 416.00 |
| 11/13/18 | MGD | Long Call with Trustee John Aquino | .90 | 468.00 |
| 11/13/18 | MGD | Long telephone call with Burke Ross | .90 | 468.00 |
| 11/13/18 | TG | Correspondence to John Aquino, Esq. regarding Inpellis cash disbursements | .20 | 78.00 |
| 11/14/18 | MGD | Call from Jan Schlicmann re status | .80 | 416.00 |
| 11/16/18 | MGD | Call from Attorney Jan Schlitman | .90 | 468.00 |
| 11/20/18 | MGD | E-mail exchange with Trustee Aquino re meetings next week | .40 | 208.00 |
| 11/20/18 | MGD | E-mail to TG re information requested by Trustee Aquino | .40 | 208.00 |
| 11/20/18 | MGD | E-mail exchange with Attorney Jan Schlichtman | .60 | 312.00 |
| 11/20/18 | TG | Reviewed correspondence from John Aquino regarding meeting with Burke Ross | .10 | 39.00 |
| 11/20/18 | TG | Exchanged correspondence with Jan Schlichtmann, Esq. regarding intellectual property assets | .30 | 117.00 |
| 11/21/18 | TG | Correspondence to John Aquino regarding intellectual property assets | .20 | 78.00 |
| 11/26/18 | MGD | Call from Attorney Jan Schlichtmann re status of proposal | .60 | 312.00 |
| 11/26/18 | MGD | Call to Attorney John Aquino re meetings to discuss sale options | .70 | 364.00 |
| 11/26/18 | MGD | Call to Burke Ross re tomorrow's meeting | .10 | 52.00 |

**MURTHA**CULLINA

Client.Matter:  007615.0001
MGD as Receiver
Biochemics, Inc. - Asset Analysis (IP)

Invoice Number:   595108
February 6, 2019

| Date | Atty | Description of Service | Hours | Amount |
|------|------|-----------------------|-------|--------|
| 11/26/18 | MGD | Call from Burke Ross re meeting tomorrow and Biophysics Pharma, Inc. ("BPI") | .70 | 364.00 |
| 11/26/18 | TG | Telephone conference with Receiver regarding meetings with Ross Burke and Biochemics and Motions to Employ | .30 | 117.00 |
| 11/27/18 | MGD | E-mail exchange with Attorney Jan Schlichtmann re meeting | .30 | 156.00 |
| 11/27/18 | MGD | Telephone call with Attorney Jan Schlichtmann re BPI patent | .60 | 312.00 |
| 11/27/18 | MGD | Prepare for (1.3) and attend meeting with Trustee Aquino and Ross Burke (2.5) | 3.80 | 1,976.00 |
| 11/27/18 | TG | Reviewed correspondence from Jan Schlichtmann, Esq. regarding meeting | .10 | 39.00 |
| 11/27/18 | TG | Meeting with Ross Burke, John Aquino and Receiver | 2.50 | 975.00 |
| 11/28/18 | MGD | Long call with Trustee Aquino re outcome of today's meeting | .80 | 416.00 |
| 11/28/18 | MGD | Prepare for (.6) and attend meeting with Trustee Aquino and Attorneys Schlichtmann, Glosband and Sternclar (3.3) | 3.90 | 2,028.00 |
| 11/28/18 | MGD | Call from SEC re G4 product | .30 | 156.00 |
| 11/28/18 | MGD | Call with TG re strategy for sale | .60 | 312.00 |
| 11/28/18 | TG | Telephone conference with Receiver regarding meeting with Jan Schlichtmann et al. | .50 | 195.00 |
| 11/28/18 | TG | Conference with Jan Schlichtman et al and Trustee John Aquino | 3.30 | 1,287.00 |
| 11/28/18 | TG | Reviewed correspondence from Christopher Lacernere, Esq. regarding patent maintenance | .20 | 78.00 |
| 11/30/18 | TG | Coordinated further meeting with John Aquino and Biochemics side | .20 | 78.00 |
| 12/03/18 | MGD | Call to TG re IP issue | .40 | 208.00 |
| 12/03/18 | TG | Telephone call to John Aquino regarding Biochemics meeting | .10 | 39.00 |
| 12/03/18 | TG | Correspondence to Jan Schlichtmann, Esq. et al. confirming Friday meeting | .10 | 39.00 |
| 12/05/18 | TG | Telephone call from Jan Schlichtmann, Esq. regarding G4 memo | .10 | 39.00 |
| 12/06/18 | TG | Telephone conference with Jan Schlichtmann, Esq. regarding G4 | .10 | 39.00 |
| 12/06/18 | TG | Telephone conference with Trustee regarding meeting with Biochemics | .10 | 39.00 |
| 12/06/18 | TG | Reviewed memorandum from Jan Schlichtmann, Esq. regarding G4 technology | 1.00 | 390.00 |
| 12/06/18 | TG | Correspondence to Anthony Gangemi, Esq. regarding review of intellectual property issues | .20 | 78.00 |
| 12/07/18 | MGD | Prepare for (1.3) and attend long meeting with Trustee Aquino and Attorneys Schlichtmann, Sternclar and Glossband (3.5) | 4.80 | 2,496.00 |
| 12/07/18 | TG | Participated in meeting with Jan Schlichtmann, John Aquino, Receiver, Jeffery Sternklar and Daniel Glosband | 3.50 | 1,365.00 |
| 12/07/18 | TG | Telephone conference with Receiver regarding meeting | .30 | 117.00 |
| 12/07/18 | TG | Correspondence to John Aquino, Esq. regarding BPI agreement | .10 | 39.00 |
| 12/11/18 | MGD | Call with Trustee Aquino re possible call with Gordian Group | .30 | 156.00 |
| 12/11/18 | MGD | Call to Liam Ahearn re Gordian Group employment | .30 | 156.00 |

**MURTHA**CULLINA

Client.Matter:  007615.0001
MGD as Receiver
Biochemics, Inc. - Asset Analysis (IP)

Invoice Number:  595108
February 6, 2019

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 12/11/18 | MGD | Review all Gordian Group documents and other material related to the IP in preparation for call with Gordian | 3.70 | 1,924.00 |
| 12/12/18 | EAG | Review of memorandum regarding G-4 technology (.5); review of pending applications (.9); prepare and send email to T. Garg regarding outstanding actions and provide recommendations regarding same (.3) | 1.70 | 663.00 |
| 12/12/18 | MGD | Call with Liam Ahearn at Gordian re possible employment | .50 | 260.00 |
| 12/12/18 | MGD | Call to Trustee Aquino re call with Gordian | .30 | 156.00 |
| 12/13/18 | TG | Reviewed correspondence from Denamarie D'Eramo regarding patent application | .20 | 78.00 |
| 12/14/18 | MGD | Prepare for call and telephone call with Gordian and Trustee Aquino | 1.80 | 936.00 |
| 12/14/18 | MGD | Long call with Trustee Aquino | .90 | 468.00 |
| 12/17/18 | EAG | Receive and review correspondence from patent attorneys concerning patent assets; discussion of same with T. Garg | .20 | 78.00 |
| 12/17/18 | TG | Reviewed patent issues and correspondence with Elizabeth Galletta, Esq. regarding same | .20 | 78.00 |
| 12/18/18 | MGD | Call from Attorney Jan Schlichtmann | .80 | 416.00 |
| 12/18/18 | MGD | Call with TG re Gordian proposal | .40 | 208.00 |
| 12/18/18 | TG | Reviewed correspondence regarding engagement of Gordian Group | .20 | 78.00 |
| 12/20/18 | MGD | E-mail exchange with Liam Ahearn | .40 | 208.00 |
| 12/20/18 | MGD | Call to Trustee Aquino | .30 | 156.00 |
| 12/20/18 | MGD | Call to Jeff Sternklar | .70 | 364.00 |
| 12/20/18 | TG | Telephone conference with Jan Schlichtmann, Esq. regarding patent documents | .30 | 117.00 |
| 12/28/18 | MGD | Long telephone call with Trust John Aquino re hiring of Gordian and ADEC Motion | 1.60 | 832.00 |
| 12/28/18 | MGD | E-mail exchange with Attorney Schlichtmann | .70 | 364.00 |
| | | **Total** | **93.80** | **$ 43,830.00** |

## ASSET ANALYSIS (NON-IP)

**MURTHA**CULLINA

Client.Matter:  007615.0002
MGD as Receiver
Biochemics - Asset Analysis (Non-IP)

<u>Invoice Number:   595109</u>
February 6, 2019

**PROFESSIONAL SERVICES**

| <u>Date</u> | <u>Atty</u> | <u>Description of Service</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 10/10/18 | MGD | Call to Attorney Kathy Shields re funds at Court Registry | .20 | 104.00 |
| 10/11/18 | MGD | E-mail exchange with TG re Rosewood Drive (Landlord) settlement | .30 | 156.00 |
| 10/12/18 | MGD | Review pleadings in Rosewood Drive case re possible settlement | 1.30 | 676.00 |
| 10/12/18 | MGD | E-mail to Attorney Jan Schlichtman re Rosewood litigation | .30 | 156.00 |
| 10/15/18 | MGD | Call from Kathy Shields re funds in Court Registry | .30 | 156.00 |
| 10/15/18 | MGD | Call to TG re Rosewood settlement | .30 | 156.00 |
| 10/15/18 | MGD | E-mail exchange with Attorney Schlichtman re trustee process funds in Rosewood case | .60 | 312.00 |
| 10/15/18 | MGD | Prepare Motion for Turnover of Court Registry Funds | 1.10 | 572.00 |
| 10/15/18 | MGD | Call with Attorney Jan Schlichtman re Rosewood settlement and possible offer for intellectual property | .70 | 364.00 |
| 10/15/18 | MGD | E-mail exchange with Attorney Jan Schlichtman re Rosewood | .40 | 208.00 |
| 10/15/18 | TG | Telephone conference with Receiver regarding Motions and landlord settlement issues | .30 | 117.00 |
| 10/15/18 | TG | Reviewed multiple correspondence from Attorneys Jan Schlichtmann and Receiver regarding Rosewood settlement; reviewed agreements and documents relating to settlement | .80 | 312.00 |
| 10/16/18 | MGD | Call to TG re Rosewood Settlement Motion | .40 | 208.00 |
| 10/16/18 | TG | Telephone conference with Receiver regarding landlord settlement and Motion to Approve | .40 | 156.00 |
| 10/17/18 | TG | Reviewed local rules of US District Court and revised Motion to Employ and Motion to Turnover Funds to reflect same | .80 | 312.00 |
| 10/17/18 | TG | Prepared Motion to Approve Compromise with Landlord and correspondence with Receiver regarding same | 1.40 | 546.00 |
| 10/18/18 | MGD | Complete drafting Motions to Employ, Motion to Settle Rosewood matter and Motion to Turnover Funds | .90 | 468.00 |
| 10/18/18 | MGD | Call with TG re Motion to Settle with Rosewood and documents needed from Debtor | .40 | 208.00 |
| 10/18/18 | TG | Telephone conference with Receiver regarding payments under settlement with landlord; revised settlement agreement with landlord and correspondence with Jan Schlichtmann, Esq. regarding same | .40 | 156.00 |
| 10/23/18 | TG | Telephone conference with Receiver regarding pending Motions and service thereof | .50 | 195.00 |
| 10/24/18 | MGD | Call from Attorney Russ Brown re pending First Circuit appeal | .60 | 312.00 |
| 10/26/18 | TG | Reviewed correspondence from Sabin Willett, Esq. regarding Registry Funds | .20 | 78.00 |
| 10/29/18 | TG | Reviewed correspondence from Jan Schlichmann, Esq. regarding Rosewood settlement | .20 | 78.00 |
| 10/30/18 | MGD | Begin review of Axis Reinsurance First Circuit briefs | 1.10 | 572.00 |
| 10/31/18 | JMH | Meet with MGD to discuss insurance coverage (Axis) appeal litigation issue | .30 | 90.00 |
| 10/31/18 | MGD | E-mail to Attorney Jan Schlicktman regarding Axis | .30 | 156.00 |

2

**MURTHA**CULLINA

Client.Matter:  007615.0002
MGD as Receiver
Biochemics - Asset Analysis (Non-IP)

Invoice Number:  595109
February 6, 2019

| Date | Atty | Description of Service | Hours | Amount |
|------|------|----------------------|-------|--------|
| 10/31/18 | MGD | Review Axis briefs | 2.10 | 1,092.00 |
| 10/31/18 | MGD | Review Axis Contingent Fee Agreement | .40 | 208.00 |
| 11/01/18 | MGD | Call to Attorney Jan Schlichtman regarding Axis | .50 | 260.00 |
| 11/01/18 | TG | Telephone conference with Elizabeth Bresnehan, Esq. regarding response filed by ADEC | .10 | 39.00 |
| 11/01/18 | TG | Reviewed response filed by ADEC and correspondence with Receiver regarding same | .40 | 156.00 |
| 11/02/18 | MGD | Call with Attorney Garg regarding ADEC Reply to Turnover Motion | .40 | 208.00 |
| 11/02/18 | MGD | Draft response to ADEC Reply | .40 | 208.00 |
| 11/02/18 | TG | Reviewed Order entered by Court regarding Motion for Turnover of Funds | .10 | 39.00 |
| 11/02/18 | TG | Telephone conference with Receiver regarding conference call and filing of reply to ADEC response | .40 | 156.00 |
| 11/02/18 | TG | Exchanged correspondence with Elizabeth Bresenhan, Esq. regarding ADEC response | .20 | 78.00 |
| 11/02/18 | TG | Prepared, revised and finalized reply to ADEC response | .50 | 195.00 |
| 11/06/18 | MGD | Conference with Jennifer Babula regarding turnover of court registry funds | .20 | 104.00 |
| 11/08/18 | JAB | Telephone conference with docket clerk regarding the transfer of Registry Funds | .10 | 15.00 |
| 11/12/18 | JAB | Telephone conference with clerk re; transfer funds | .10 | 15.00 |
| 11/19/18 | JAB | Follow up call to docket clerk re: turn over of funds | .10 | 15.00 |
| 11/26/18 | JAB | Follow up call to Court re: transfer of funds | .10 | 15.00 |
| 12/03/18 | JAB | Telephone conference with Lucian Adams finance office MA District court re: transfer of funds | .10 | 15.00 |
| 12/03/18 | MGD | Calls to TG re Motion to Turnover Funds required by Court | .30 | 156.00 |
| 12/03/18 | TG | Telephone call from Receiver regarding funds held by District Court | .10 | 39.00 |
| 12/05/18 | TG | Telephone call with Receiver regarding Motion to Obtain Funds; telephone conference with Jennifer Babula regarding same | .20 | 78.00 |
| 12/05/18 | TG | Telephone call to court regarding steps necessary to recover funds | .10 | 39.00 |
| 12/10/18 | MGD | Call with TG re Motion to Release Funds | .40 | 208.00 |
| 12/10/18 | TG | Finalized Motion to Approve Settlement with Landlord and coordinated service thereof | .50 | 195.00 |
| 12/10/18 | TG | Prepared revised Motion for Turnover of Funds | .60 | 234.00 |
| 12/10/18 | TG | Telephone conference with court regarding registry funds | .20 | 78.00 |
| 12/10/18 | TG | Telephone conference with Receiver regarding registry funds | .30 | 117.00 |
| 12/11/18 | TG | Telephone conference with Receiver regarding intellectual property matters and funds held by court | .20 | 78.00 |
| 12/11/18 | TG | Exchanged telephone calls with court regarding Registry Funds | .30 | 117.00 |
| 12/12/18 | MGD | Call to TG re recovery of interest on funds at Court Registry | .20 | 104.00 |
| 12/12/18 | TG | Telephone conference with Receiver regarding Registry Funds | .20 | 78.00 |
| 12/12/18 | TG | Revised and finalized Motion for Turnover of Funds held in Registry and service thereof | .50 | 195.00 |

**MURTHA**CULLINA

Client.Matter: 007615.0002
MGD as Receiver
Biochemics - Asset Analysis (Non-IP)

Invoice Number:   595109
February 6, 2019

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 12/12/18 | TG | Exchanged telephone calls with court regarding registry funds | .10 | 39.00 |
| 12/18/18 | TG | Reviewed Order on release of funds and correspondence to Jennifer Babula regarding same | .10 | 39.00 |
| 12/20/18 | JAB | Telephone conference with Financial Office District Court and confirmed check is being processed to turn over Registry Funds to the Receiver | .10 | 15.00 |
| 12/20/18 | TG | Reviewed correspondence from Jennifer Babula regarding registry funds | .10 | 39.00 |
| | | **Total** | **25.20** | **$ 11,490.00** |

## ASSET MAINTENANCE

**MURTHA**CULLINA

Client.Matter:  007615.0004
MGD as Receiver
Biochemics - Asset Maintenance

Invoice Number:   595111
February 6, 2019

**PROFESSIONAL SERVICES**

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 10/25/18 | MGD | Begin reviewing documents received from Attorney Robert Kann (Sunstein firm) re: patent renewals | 1.20 | 624.00 |
| 10/29/18 | MGD | Call with T. Garg re: patent maintenance | .50 | 260.00 |
| 10/29/18 | TG | Reviewed correspondence from Sunstein regarding upcoming patent deadlines | .50 | 195.00 |
| 10/29/18 | TG | Telephone conferences with Receiver regarding management of intellectual property actions | .50 | 195.00 |
| 10/29/18 | TG | Telephone conference with Sunstein LLP regarding maintenance of intellectual property and correspondence regarding same | .50 | 195.00 |
| 10/29/18 | TG | Correspondence with Jan Schlictmann, Esq. regarding maintenance of intellectual property | .30 | 117.00 |
| 10/30/18 | TG | Reviewed and exchanged correspondence with Christopher Lacerne, Esq. (Sunstein Firm) regarding patent renewals | .30 | 117.00 |
| 11/02/18 | TG | Reviewed correspondence from Attorney Jan Schlicthmann regarding patent prosecution firm | .20 | 78.00 |
| 11/05/18 | TG | Reviewed correspondence and documents sent by Bruce Sunstein, Esq. regarding fees incurred by Sunstein | .30 | 117.00 |
| 11/05/18 | TG | Reviewed correspondence from Christopher Lacerne, Esq. regarding patent prosecution actions | .20 | 78.00 |
| 11/06/18 | MGD | Call to Attorney Garg regarding Sunstein e-mail regarding funds held by them | .30 | 156.00 |
| 11/07/18 | MGD | Call with TG re patents | .40 | 208.00 |
| 11/07/18 | TG | Telephone conference with Mark DeGiacomo, Esq. regarding employment of intellectual property firms | .40 | 156.00 |
| 11/07/18 | TG | Correspondence to Jan Schlitchmann, Esq. regarding employment of IP firms | .70 | 273.00 |
| 11/08/18 | TG | Reviewed and exchanged correspondence with Jan Schlitchtmann, Esq. regarding payment of intellectual property charges | .30 | 117.00 |
| 11/26/18 | MGD | Prepare Agreement with BPI re payment of fees to maintain IP | .40 | 208.00 |
| 11/29/18 | TG | Reviewed correspondence from John Masiz and Christopher Lacernere regarding patent responses | .20 | 78.00 |
| 11/29/18 | TG | Reviewed correspondence from Denamarie D'Eramo regarding patent application | .20 | 78.00 |
| 11/29/18 | TG | Further revised agreement with BPI and correspondence with Jan Schlichtmann, Esq. regarding same | .30 | 117.00 |
| 12/03/18 | TG | Telephone conference with Receiver regarding intellectual property decisions | .20 | 78.00 |
| 12/04/18 | TG | Reviewed correspondence from Attorney Christopher Lacenere regarding recommendations for IP | .20 | 78.00 |
| 12/04/18 | TG | Reviewed correspondence from Nields Lemack regarding invoice | .20 | 78.00 |
| 12/05/18 | TG | Correspondence to Bruce Sunstein, Esq. regarding revised motion and intellectual property matters | .40 | 156.00 |
| 12/06/18 | MGD | Calls with TG re IP issues with Special Counsel | .30 | 156.00 |

**MURTHA**CULLINA

Client.Matter:  007615.0004                                                 Invoice Number:  595111
MGD as Receiver                                                                   February 6, 2019
Biochemics - Asset Maintenance

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 12/06/18 | TG | Reviewed correspondence from Bruce Sunstein, Esq. regarding IP matters and abandonment | .30 | 117.00 |
| 12/07/18 | EAG | Receive and review emails pertaining to Biochemics, Inc. patent applications; review asset listing of patent matters; prepare and send email to T. Garg concerning actions needed on certain patent application matters | .80 | 312.00 |
| 12/07/18 | TG | Telephone conference and email correspondence with Elizabeth Galletta, Esq. regarding review of IP issues | .40 | 156.00 |
| 12/10/18 | TG | Reviewed multiple correspondence from Elizabeth Galletta, Esq. regarding actions on patent applications | .30 | 117.00 |
| 12/11/18 | EAG | Attend to email correspondence and telephonic discussion with T. Garg concerning IP matters pertaining to Biochemics; provide T. Garg with actions that need to be taken to maintain pendency of patent assets; attend to review of IP asset list provided by Biochemics | 2.00 | 780.00 |
| 12/11/18 | MGD | Call with TG re declarations needed for patent application | .40 | 208.00 |
| 12/11/18 | TG | Exchanged correspondence with Christopher Lacenere, Esq. regarding European patent | .20 | 78.00 |
| 12/11/18 | TG | Correspondence to Jan Schlichtmann, Esq. regarding declarations for patent applications | .10 | 39.00 |
| 12/11/18 | TG | Telephone conferences with Elizabeth Galletta, Esq. regarding patent issues | .20 | 78.00 |
| 12/12/18 | TG | Telephone conference and email correspondence with Bruce Sunstein, Esq. regarding inventor declarations | .30 | 117.00 |
| 12/12/18 | TG | Telephone conference and email correspondence with Jan Schlichtmann, Esq. regarding preservation of intellectual property | .20 | 78.00 |
| 12/12/18 | TG | Reviewed correspondence from Jan Schlichtmann, Esq. regarding inventor declaration | .10 | 39.00 |
| 12/12/18 | TG | Correspondence with Elizabeth Galletta, Esq. regarding inventor issues | .10 | 39.00 |
| 12/19/18 | TG | Reviewed an exchanged multiple correspondence from Christopher Lacenere, Esq. regarding combination drug patents | .60 | 234.00 |
| 12/20/18 | EAG | Received and review email from patent attorney requesting instructions regarding validation of European (EP) application; discussion of same with T. Garg; prepare and send email to patent attorney requesting information regarding standing orders pertaining to EP validation; receive response from attorney and discuss same with T. Garg | .50 | 195.00 |
| 12/20/18 | TG | Correspondence with Christopher Lacenere, Esq. regarding documents for patent application | .20 | 78.00 |
| 12/21/18 | EAG | Review of correspondence regarding IP assets; prepare and send email to T. Garg concerning IP ownership in view of inventor not wanting to sign assignment agreement | .50 | 195.00 |
| 12/21/18 | TG | Exchanged correspondence with Christopher Lacenere, Esq. regarding documents for combination drug patent | .20 | 78.00 |
| | | **Total** | **16.40** | **$ 6,851.00** |

## CASE ADMINISTRATION

**MURTHA**CULLINA

Client.Matter:  007615.0003
MGD as Receiver
Biochemics - Case Administration

Invoice Number:  595110
February 6, 2019

## PROFESSIONAL SERVICES

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 10/09/18 | JMH | Meet with MGD to discuss next steps | .20 | 60.00 |
| 10/09/18 | MGD | Prepare for and attend U.S. District Court hearing re appointment of Receiver | 2.70 | 1,404.00 |
| 10/10/18 | MGD | E-mail exchange with Attorney Sabin Willett re meeting and next steps | .70 | 364.00 |
| 10/10/18 | MGD | Call with Attorney Sabin Willett re involuntary bankruptcy | .70 | 364.00 |
| 10/11/18 | MGD | Call with Attorney Jeffrey Sternklar re Inpellis | .60 | 312.00 |
| 10/11/18 | MGD | Call to Attorney Sabin Willett re consent to Order for Relief | .40 | 208.00 |
| 10/12/18 | MGD | E-mail exchange with Attorney Jeff Sternklar re withdrawal of Motion to Dismiss involuntary bankruptcy | .40 | 208.00 |
| 10/12/18 | MGD | Review consent revision re Order for Relief and e-mail to Attorney Sternklar re same | .80 | 416.00 |
| 10/12/18 | MGD | Review long email from Attorney Sternklar and follow up call re same | .70 | 364.00 |
| 10/12/18 | TG | Reviewed background and pleadings; reviewed Inpellis bankruptcy documents | 3.40 | 1,326.00 |
| 10/15/18 | MGD | Review proposed draft of Motion to Convert Inpellis Bankruptcy Case to Voluntary Case and related e-mails | .40 | 208.00 |
| 10/15/18 | MGD | Call to Attorney Jeff Sternklar | .40 | 208.00 |
| 10/15/18 | TG | Reviewed Motion to Convert Inpellis bankruptcy case | .20 | 78.00 |
| 10/16/18 | MGD | Call from creditor Ashley Hunt | .30 | 156.00 |
| 10/17/18 | MGD | E-mail exchange with Attorney Kathy Shields (SEC) re pleadings | .30 | 156.00 |
| 10/17/18 | MGD | Call from Office of Burke Ross (ADEC) re phone call | .40 | 208.00 |
| 10/17/18 | MGD | Review Forebearance Agreement and other documents provided by Debtor | .80 | 416.00 |
| 10/17/18 | TG | Reviewed ADEC assent to Motion to Convert in Inpellis bankruptcy case | .10 | 39.00 |
| 10/18/18 | TG | Exchanged correspondence with Jan Schlichtmann, Esq. regarding list of interested parties who should receive notice of filings in case | .30 | 117.00 |
| 10/19/18 | MGD | Call from Burke Ross (ADEC) | .80 | 416.00 |
| 10/22/18 | MGD | Call with Foley Hoag attorney re his Series E client | .40 | 208.00 |
| 10/23/18 | JAB | Review documents for opening receiver bank accounts. | .20 | 30.00 |
| 10/23/18 | TG | Correspondence with Jan Schlichtmann, Esq. regarding contact information for trust for service purposes | .20 | 78.00 |
| 10/24/18 | MGD | Call with TG re Motion to Limit Notice | .40 | 208.00 |
| 10/24/18 | TG | Correspondence with Jan Schlichtmann, Esq. regarding addresses missing on service list | .20 | 78.00 |
| 10/24/18 | TG | Telephone conference with Receiver regarding Motions | .10 | 39.00 |
| 10/25/18 | MGD | Draft Motion to Limit Notice | .40 | 208.00 |
| 10/25/18 | MGD | Call with TG re: Motions and parties to receive notice | .60 | 312.00 |
| 10/25/18 | TG | Telephone conference and email correspondence with Kathleen Shields, Esq. regarding service upon investors | .30 | 117.00 |

**MURTHA**CULLINA

Client.Matter: 007615.0003
MGD as Receiver
Biochemics - Case Administration

Invoice Number:  595110
February 6, 2019

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 10/25/18 | TG | Exchanged correspondence with Elizabeth Bresnahan, Esq. regarding notice for ADEC | .20 | 78.00 |
| 10/25/18 | TG | Prepared and revised motion to limit notice and notice of appointment of receiver | 1.20 | 468.00 |
| 10/25/18 | TG | Reviewed list of investors provided by SEC and coordinated updated service list | .40 | 156.00 |
| 10/26/18 | JMH | Meet with MGD to discuss case and next steps | .30 | 90.00 |
| 10/26/18 | MGD | Long call with Burke Ross re: background and BPI issue | 1.60 | 832.00 |
| 10/26/18 | MGD | Call from Attorney Jeffrey Sternklar | .60 | 312.00 |
| 10/26/18 | MGD | Email exchange with Attorney Sabin Willett | .60 | 312.00 |
| 10/26/18 | MGD | Review decision in Inpellis Motion to Convert to Voluntary Petition | .30 | 156.00 |
| 10/26/18 | TG | Reviewed order issued by Court regarding Objections to Motions filed by Receiver | .10 | 39.00 |
| 10/29/18 | MGD | Call from Attorney Jeff Sternklar re: Inpellis | .40 | 208.00 |
| 10/29/18 | MGD | Call to Attorney Sabin Willett re: consent to Order for Relief | .40 | 208.00 |
| 10/29/18 | TG | Exchanged correspondence with Daryl Fox regarding his request for notice | .20 | 78.00 |
| 10/29/18 | TG | Exchanged correspondence with Joel Leeman, Esq. regarding request for notice | .20 | 78.00 |
| 10/29/18 | TG | Telephone conference with investor regarding notice list | .10 | 39.00 |
| 10/29/18 | TG | Exchanged correspondence with Allan Berg regarding notice list | .20 | 78.00 |
| 10/29/18 | TG | Correspondence with Jack Taylor regarding notice list | .20 | 78.00 |
| 10/29/18 | TG | Exchanged correspondence with John Austin, Esq. regarding notice | .20 | 78.00 |
| 10/29/18 | TG | Exchanged correspondence with Darling ton Hart regarding notice | .20 | 78.00 |
| 10/29/18 | TG | Correspondence to Jan Schlichtmann, Esq. regarding missing addresses of investors | .20 | 78.00 |
| 10/29/18 | TG | Exchanged correspondence with Anne Busteed regarding notice | .20 | 78.00 |
| 10/30/18 | MGD | Review proposed drafts of Inpellis Order for Relief Stipulation | .90 | 468.00 |
| 10/30/18 | TG | Telephone conference with Receiver regarding status call; correspondence regarding same | .40 | 156.00 |
| 10/31/18 | MGD | Call from Attorney David Overt regarding client Galvin Copeland (creditor) | .60 | 312.00 |
| 10/31/18 | MGD | Review e-mail from Attorney Dan Glossband and others regarding Inpellis Stipulation | .40 | 208.00 |
| 10/31/18 | MGD | Calls with Attorney Jeffrey Steinklar regarding Inpellis Stipulation | .60 | 312.00 |
| 10/31/18 | TG | Exchanged various correspondence from creditors to be added to notice list | .40 | 156.00 |
| 11/01/18 | TG | Reviewed Stipulations filed in Inpellis matter | .30 | 117.00 |
| 11/02/18 | JMH | Call with MGD to discuss update on call with Biochemics' counsel | .20 | 60.00 |
| 11/02/18 | MGD | Call to Attorney John Aquino regarding his Inpellis trustee appointment and background | 1.40 | 728.00 |
| 11/02/18 | TG | Reviewed correspondence from Wesley Marshall regarding investor claim | .10 | 39.00 |

**MURTHA**CULLINA

Client.Matter: 007615.0003
MGD as Receiver
Biochemics - Case Administration

Invoice Number:  595110
February 6, 2019

| Date | Atty | Description of Service | Hours | Amount |
|------|------|----------------------|-------|--------|
| 11/02/18 | TG | Reviewed list of parties requesting notice | .20 | 78.00 |
| 11/02/18 | TG | Reviewed request for notice from Robert Bloom | .10 | 39.00 |
| 11/02/18 | TG | Reviewed request for notice from James Freeman | .10 | 39.00 |
| 11/02/18 | TG | Coordinated supplemental service upon investors | .20 | 78.00 |
| 11/02/18 | TG | Reviewed Order for relief in Inpellis matter | .10 | 39.00 |
| 11/05/18 | TG | Reviewed filings in the Inpellis bankruptcy | .30 | 117.00 |
| 11/07/18 | MGD | Call from Series E investor (D. Slaughter) | .40 | 208.00 |
| 11/08/18 | TG | Reviewed correspondence from John Serafini regarding notice | .10 | 39.00 |
| 11/13/18 | MGD | Review proposed Inpellis Motion drafted by Attorney Sternklar | .30 | 156.00 |
| 11/15/18 | TG | Reviewed correspondence from Jan Schlichtman, Esq. regarding revision to BPI agreement and correspondence to Trustee regarding same | .30 | 117.00 |
| 11/16/18 | TG | Reviewed correspondence from Jan Schlictman, Esq. regarding agreement with BPI | .10 | 39.00 |
| 11/20/18 | TG | Email correspondence and telephone conference with Mark Horan regarding status | .20 | 78.00 |
| 11/20/18 | TG | Exchanged correspondence with Stephen Flynn regarding notice | .10 | 39.00 |
| 11/20/18 | TG | Reviewed correspondence from Jan Schlichtmann, Esq. regarding revisions to agreement with BPI on IP expenses; correspondence to Receiver regarding same | .40 | 156.00 |
| 11/21/18 | TG | Exchanged correspondence with Wendy Wolyniec and Christina Mattin regarding notice | .20 | 78.00 |
| 11/26/18 | TG | Exchanged correspondence with Christina Mattin regarding notice and status | .20 | 78.00 |
| 11/26/18 | TG | Exchanged correspondence with Wendy Wolnyiec regarding status and notice | .20 | 78.00 |
| 11/27/18 | MGD | Call from Attorney Kathy Shields at SEC | .30 | 156.00 |
| 11/28/18 | MGD | Call from Foley Hoag re Series E creditor | .30 | 156.00 |
| 11/28/18 | TG | Revised agreement with BioPhysics Pharma and correspondence to Jan Schlichtmann regarding same | .50 | 195.00 |
| 11/30/18 | TG | Reviewed correspondence from Attorney David London (SEC) regarding investor contact info | .10 | 39.00 |
| 11/30/18 | TG | Reviewed Inpellis schedules | .50 | 195.00 |
| 12/03/18 | MGD | E-mail exchange with creditor Derek Slaughter | .20 | 104.00 |
| 12/03/18 | TG | Reviewed correspondence from Derek Slaughter regarding notice and new address | .20 | 78.00 |
| 12/03/18 | TG | Correspondence with David London, Esq. regarding notice to investors | .10 | 39.00 |
| 12/05/18 | TG | Exchanged correspondence with Jan Schlichtmann, Esq. regarding BPI agreement | .20 | 78.00 |
| 12/06/18 | MGD | Review Schedules and Statement of Financial Affairs filed by Inpellis | .90 | 468.00 |
| 12/06/18 | TG | Reviewed correspondence from Jan Schlichtmann, Esq. regarding payment of storage invoice | .10 | 39.00 |

**MURTHA**CULLINA

Client.Matter: 007615.0003
MGD as Receiver
Biochemics - Case Administration

<span style="text-align:right">Invoice Number:  595110
February 6, 2019</span>

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 12/07/18 | TG | Exchanged correspondence with Doug Arnold regarding notice | .20 | 78.00 |
| 12/10/18 | MGD | Call from Ashley Hunter (creditor) | .70 | 364.00 |
| 12/10/18 | TG | Reviewed various correspondence from Kevin Lemack and Bruce Sunstein regarding inquiries from reporter on Employment Motions | .30 | 117.00 |
| 12/12/18 | TG | Reviewed correspondence from John F. Austin III and correspondence to Receiver regarding same | .20 | 78.00 |
| 12/13/18 | TG | Reviewed correspondence from Darlington Hart and correspondence to Receiver regarding same | .20 | 78.00 |
| 12/13/18 | TG | Exchanged correspondence with Jeffrey Sternklar, Esq. regarding notice of receivership pleadings | .20 | 78.00 |
| 12/17/18 | MGD | Review ADEC letter and documents forwarded by Attorney Howard Cooper | 2.40 | 1,248.00 |
| 12/17/18 | MGD | Call from Attorney Jeff Sternclar | .70 | 364.00 |
| 12/17/18 | MGD | E-mail exchange with Trustee Aquino re demand letter | .30 | 156.00 |
| 12/17/18 | TG | Reviewed demand letter from ADEC | .50 | 195.00 |
| 12/17/18 | TG | Telephone conference with Receiver regarding ADEC demand | .40 | 156.00 |
| 12/17/18 | TG | Further telephone conference with Receiver regarding ADEC demand | .10 | 39.00 |
| 12/17/18 | TG | Reviewed Receivership Order and correspondence to Howard Cooper, Esq. regarding same | .40 | 156.00 |
| 12/18/18 | MGD | Prepare for (.7) and meetings with Attorneys Schlichtmann, Glosband and Sternclar (1.7) | 2.40 | 1,248.00 |
| 12/18/18 | MGD | Long call with Trustee Aquino re his Section 341 meeting, Gordian proposal and outline of possible deal with bankruptcy estate | .90 | 468.00 |
| 12/18/18 | TG | Telephone conference with Receiver regarding demand letter from ADEC | .40 | 156.00 |
| 12/19/18 | MGD | Attend Inpellis Section 341 meeting and post-meeting conference with SEC and Trustee Aquino | 4.70 | 2,444.00 |
| 12/20/18 | TG | Telephone conference with Series E investor Doug Arnold regarding Canadian company (BPI) | .30 | 117.00 |
| 12/21/18 | MGD | Several calls and e-mails with Attorneys Schlichtman and Sternklar regarding ADEC filing of Motion for Relief from Stay | 3.20 | 1,664.00 |
| 12/21/18 | MGD | Telephone calls and e-mails with Trustee Aquino regarding 341 meeting and ADEC motion | .70 | 364.00 |
| 12/21/18 | MGD | E-mail exchange with Attorney Joseph Cacace (Todd & Weld) regarding ADEC motion | .40 | 208.00 |
| 12/21/18 | TG | Reviewed draft motion for relief from stay circulated by ADEC and correspondence with Receiver regarding same | .40 | 156.00 |
| 12/26/18 | MGD | Conference call with Attorneys Schlichtmann, Glosband and Sternklar re ADEC | 1.60 | 832.00 |
| 12/26/18 | MGD | Review e-mail from Trustee Aquino | .40 | 208.00 |
| 12/26/18 | TG | Conference call with Jan Schlichtmann, Esq. et al regarding demand letter sent by ADEC; telephone conference with Receiver regarding same | 1.00 | 390.00 |

**MURTHA**CULLINA

Client.Matter:  007615.0003
MGD as Receiver
Biochemics - Case Administration

Invoice Number:  595110
February 6, 2019

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 12/27/18 | MGD | Prepare for call and conference call with Attorneys Schlichtmann, Sternklar, Aquino and Garg re ADEC Motion (.8) and sale of assets (2.0) | 2.80 | 1,456.00 |
| 12/28/18 | MGD | Prepare Status Report for Court | .90 | 468.00 |
| 12/28/18 | MGD | Call with Attorneys Sternklar and Schlichtmann re ADEC Motion | 1.40 | 728.00 |
| | | **Total** | **65.50** | **$ 31,401.00** |

## EMPLOYMENT OF PROFESSIONALS

**MURTHA**CULLINA

Client.Matter:  007615.0005
MGD as Receiver
Biochemics - Employment of Professionals

<u>Invoice Number:  595112</u>
February 6, 2019

## PROFESSIONAL SERVICES

| <u>Date</u> | <u>Atty</u> | <u>Description of Service</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 10/12/18 | TG | Prepared Motion to Employ Murtha Cullina and Motion for Turnover of Funds held by Court | 1.40 | 546.00 |
| 10/15/18 | TG | Telephone conference with Receiver regarding employment Motion | .20 | 78.00 |
| 10/15/18 | TG | Reviewed sample Applications to Employ filed in other receivership cases and correspondence to Receiver regarding same | 1.10 | 429.00 |
| 10/16/18 | MGD | E-mail to Craig Jalbert (proposed accountant) re employment | .30 | 156.00 |
| 10/17/18 | MGD | Call with Craig Jalbert re tax issues | .60 | 312.00 |
| 10/17/18 | TG | Prepared Application to Employ Verdolino & Lowey as Accountants | .50 | 195.00 |
| 10/25/18 | TG | Revised and finalized Motion to Employ Murtha Cullina, Motion to Employ Verdolino & Lowey, PC; Motion to Limit Notice; Motion for Turnover of Funds; coordinated service of same | 1.80 | 702.00 |
| 10/26/18 | TG | Reviewed response filed by SEC to motions to employ, motion for turnover, and motion to limit notice | .10 | 39.00 |
| 11/08/18 | TG | Revised draft Motion to employ Sunstein firm as IP counsel and agreement with BioPhysics regarding payments | 2.30 | 897.00 |
| 11/13/18 | MGD | Prepare Motions to Employ Sunstein and Nields Law Firm | .60 | 312.00 |
| 11/13/18 | MGD | Call to TG re Motions to Employ Special Counsel re Intellectual Property | .30 | 156.00 |
| 11/13/18 | TG | Correspondence with Craig Jalbert regarding Biochemics tax returns | .20 | 78.00 |
| 11/13/18 | TG | Correspondence to Bruce Sunstein, Esq. regarding Motion to Employ his firm | .30 | 117.00 |
| 11/13/18 | TG | Telephone conference with Trustee regarding Application to Employ Sunstein | .30 | 117.00 |
| 11/13/18 | TG | Reviewed correspondence from Attorney Jan Schlichtmann regarding storage and IP counsel | .20 | 78.00 |
| 11/13/18 | TG | Correspondence to Jan Schlichtmann, Esq. regarding Sunstein Motion and BPI agreement | .40 | 156.00 |
| 11/26/18 | MGD | Call with TG re employment of Special Counsel and landlord settlement | .60 | 312.00 |
| 11/28/18 | TG | Further telephone conference with Receiver regarding Application to Employ | .20 | 78.00 |
| 11/30/18 | TG | Reviewed correspondence from Attorney Bruce Sunstein regarding engagement | .30 | 117.00 |
| 12/04/18 | TG | Exchanged telephone calls with Bruce Sunstein, Esq. regarding employment | .20 | 78.00 |
| 12/04/18 | TG | Telephone conference with Bruce Sunstein, Esq. regarding Employment Application and communication on IP matters | .20 | 78.00 |
| 12/04/18 | TG | Revised Application to Employ Sunstein firm and correspondence with Receiver regarding same | .50 | 195.00 |
| 12/05/18 | MGD | Prepare revised Motions to Employ Special Counsel | .30 | 156.00 |
| 12/05/18 | TG | Telephone call from Receiver regarding revised Application to Employ | .10 | 39.00 |

**MURTHA**CULLINA

Client.Matter:  007615.0005
MGD as Receiver
Biochemics - Employment of Professionals

Invoice Number:  595112
February 6, 2019

| Date | Atty | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 12/05/18 | TG | Telephone call and email correspondence to Kevin Lemack, Esq. regarding employment of Nields Lemack | .20 | 78.00 |
| 12/06/18 | TG | Revised Motion to Employ Nields Lemack | .40 | 156.00 |
| 12/06/18 | TG | Exchanged correspondence with Kevin Lemack, Esq. regarding Motion to Employ | .40 | 156.00 |
| 12/06/18 | TG | Telephone conference with Kevin Lemack regarding Application to Employ | .20 | 78.00 |
| 12/07/18 | TG | Finalized Motions to Employ Sunstein and Nields for filing; coordinated service upon interested parties | 1.40 | 546.00 |
| 12/07/18 | TG | Exchanged correspondence with Kevin Lemack, Esq. regarding revision to Motion to Employ | .20 | 78.00 |
| 12/11/18 | TG | Reviewed Order on Employment Motions regarding response deadlines for SEC and ADEC | .10 | 39.00 |
| 12/11/18 | TG | Reviewed SEC Response to Employment Motion | .10 | 39.00 |
| 12/12/18 | TG | Reviewed ADEC Response to Motions to Employ | .10 | 39.00 |
| | | **Total** | **16.10** | **$ 6,630.00** |

**EXHIBIT D**

[BIOCHEMICS, INC. –RECEIVERSHIP]

## SUMMARY OF TIME SPENT BY TIMEKEEPER

I.   ASSET ANALYSIS (IP)

| Timekeeper: | Rate: | Hours: | Fees: |
|---|---|---|---|
| Mark G. DeGiacomo (MGD) | $520 per hour | 59.70 | 31,044.00 |
| Taruna Garg (TXG) | $390 per hour | 26.50 | 10,335.00 |
| Elizabeth A. Galletta (EAG) | $390 per hour | 1.90 | 741.00 |
| Jonathan M. Horne (JMH) | $300 per hour | 5.70 | 1,710.00 |
| **TOTAL:** | | **93.80** | **43,830.00** |

II.   ASSET ANALYSIS (NON-IP)

| Timekeeper: | Rate: | Hours: | Fees: |
|---|---|---|---|
| Mark G. DeGiacomo (MGD) | $520 per hour | 14.10 | 7,332.00 |
| Taruna Garg (TXG) | $390 per hour | 10.20 | 3,978.00 |
| Jonathan M. Horne (JMH) | $300 per hour | .30 | 90.00 |
| Jennifer A. Babula (JAB) | $150 per hour | .60 | 90.00 |
| **TOTAL:** | | **25.20** | **11,490.00** |

III.   ASSET MAINTENANCE

| Timekeeper: | Rate: | Hours: | Fees: |
|---|---|---|---|
| Mark G. DeGiacomo (MGD) | $520 per hour | 3.50 | 1,820.00 |
| Taruna Garg (TXG) | $390 per hour | 9.10 | 3,549.00 |
| Elizabeth A. Galletta (EAG) | $390 per hour | 3.80 | 1,482.00 |
| **TOTAL:** | | **16.40** | **6,851.00** |

IV.   CASE ADMINISTRATION

| Timekeeper: | Rate: | Hours: | Fees: |
|---|---|---|---|
| Mark G. DeGiacomo (MGD) | $520 per hour | 45.90 | 23,868.00 |
| Taruna Garg (TXG) | $390 per hour | 18.70 | 7,293.00 |
| Jonathan M. Horne (JMH) | $300 per hour | .70 | 210.00 |
| Jennifer A. Babula (JAB) | $150 per hour | .20 | 30.00 |
| **TOTAL:** | | **65.50** | **31,401.00** |

V.   EMPLOYMENT OF PROFESSIONAL

| Timekeeper: | Rate: | Hours: | Fees: |
|---|---|---|---|
| Mark G. DeGiacomo (MGD) | $520 per hour | 2.70 | 1,404.00 |
| Taruna Garg (TXG) | $390 per hour | 13.40 | 5,226.00 |
| **TOTAL:** | | **16.10** | **6,630.00** |

# EXHIBIT E

9729185v1

**[BIOCHEMICS, INC. –RECEIVERSHIP]**

**SUMMARY OF EXPENSES**

Biochemics, Inc. - Receivership Disbursements

| | | |
|---|---|---|
| 10/25/2018 | Copies 3614 x .10 per page | $361.40 |
| 10/25/2018 | Postage | $470.49 |

(copies and postage related to service of the Motion to Employ Murtha Cullina LLP, Motion to Employ Verdolino & Lowey, PC, Motion to Turnover Funds and Motion to Limit Notice)

| | | |
|---|---|---|
| Total | | $831.89 |

9729185v1