UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIOCHEMICS, INC., ET AL., )<br>)<br>Defendants. )<br>)<br>) | CIVIL ACTION<br>NO. 12-12324-MLW |

**JOINT MOTION OF JOHN MASIZ ON BEHALF OF HIMSELF AND THE NON-PARTY RESPONDENTS AND INPELLIS, INC., AS DIRECTED BY *INPELLIS* BANKRUPTCY COURT, FOR "EXPEDITED" "CLARIFICATION" OF THIS COURT'S 10-9-18 STAY ORDER [DOC. #452]**

Pursuant to Hon. Joan N. Feeney's order dated February 19, 2019 in the *Inpellis* bankruptcy case, *In Re Inpellis, Inc.* Case No. 18-12844-JNF [*Inpellis* Doc. #77] (a copy of which is attached as **Exhibit 1**), Respondents[1] and Inpellis, Inc., on an *expedited* basis, jointly move for:  clarification of this Court's 10-9-18 stay order [Doc. #452] regarding ADEC's "*Motion for Leave to Conduct Rule 2004 Examinations"* [*Inpellis* Doc. #63 (also Doc. #506-2)].

The Receiver has authorized Respondents and Inpellis to note that the Receiver joins in the relief sought.

**WHEREFORE**, respectfully, Masiz on behalf of himself and the non-party Respondents, Inpellis, and the Receiver jointly request, on an expedited basis, such clarification.

---

[1] Respondents include: Jan Schlichtmann and Zhen Zhu, the subjects of ADEC's FRBP Rule 2004 Examination request.  1-10-19 ADEC motion for FRBP Rule 2004 examinations (*Inpellis* Doc. #63 (Doc. #506-2)).   In addition, Respondents also include: the individuals and entities named in ADEC's 12-17-18 "Demand Letter" (Doc. #480-1) that are the subject of ADEC's 1-2-19 Motion for Leave (Doc. #480) regarding the Court's 10-9-18 Receiver Order Stay (Doc. #452): The Trustees of the Shareholder Resolution Trust (Jack Altshuler, Esq., Daniel Glosband, Esq., and Jan Schlichtmann, Esq.); the former officers, directors, managers of BioChemics (Marshall Sterman, Frank Manguso, Jan Schlichtmann, Zhen Zhu) and Inpellis (Marshall Sterman, Frank Manguso, Joseph McGonagle, Zhen Zhu); John Masiz; and BioPhysics Pharma Inc. (collectively referred to as "Respondents").

Dated:  February 22, 2019

Respectfully Submitted by,

| | |
|---|---|
| John Masiz for himself<br>and the non-party Respondents<br>that are the subject of ADEC's<br>1-2-19 Motion (Doc. #480): | Inpellis, Inc.<br>By its attorney, |

By their attorney,

| | |
|---|---|
| /s/ *Jan Schlichtmann*<br>Jan Schlichtmann (BBO #445900)<br>PO Box 233<br>Prides Crossing, MA 01965<br>O: 978-804-2553<br>Email: jan@schlichtmannlaw.com | /s/ *Jeffrey D. Sternklar*<br>Jeffrey D. Sternklar (BBO#549561)<br>JEFFREY D. STERNKLAR LLC<br>26th Floor<br>225 Franklin Street<br>Boston, MA  02110<br>Telephone: (617) 396-4515<br>Facsimile: (617) 507-6530<br>Email:  jeffrey@sternklarlaw.com |

**Joinder In Relief Requested:**

**Receiver**

/s/ Mark G. DeGiacomo
Mark G. DeGiacomo, Esq. BBO #118170
Taruna Garg, Esq. BBO #654665
Murtha Cullina, LLP
99 High Street
Boston, MA 02110
O: (617) 457-4000
F: (617) 482-3868
mdegiacomo@murthalaw.com
tgarg@murthalaw.com

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that, on February 22, 2019 a true and correct copy of the foregoing document was served on counsel for the Commission, the Receiver, the Inpellis Bankruptcy Trustee, and ADEC by electronic service through the CM/ECF.

Dated: February 22, 2019

Respectfully submitted,

John J. Masiz
By his attorney

/s/ Jan Schlichtmann
Jan R. Schlichtmann, Esq. (BBO #445900)

**Electronic Service:**

**Commission:**
Kathleen Burdette Shields (BBO No. 637438)
David H. London (BBO No. 638289)
Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, Massachusetts 02110
Telephone: (617) 573-8904 (Shields direct)
Email: shieldska@sec.gov
londond@sec.gov

**Counsel For ADEC:**
MORGAN LEWIS & BOCKIUS LLP
P. Sabin Willett
BBO #542519
One Federal Street
Boston, MA 02110
Telephone: (617) 341-7700
Facsimile: (617) 341-7701
sabin.willett@morganlewis.com

**Inpellis Bankruptcy Trustee**
John Aquino, Esq.
ANDERSON AQUINO LLP
240 Lewis Wharf
Boston, MA 02110
Telephone:  (617) 723-3600
Facsimile: (617) 723-3699
jja@andersonaquino.com

**Receiver**
Mark G. DeGiacomo, Esq. BBO #118170
Taruna Garg, Esq. BBO #654665
Murtha Cullina, LLP
99 High Street
Boston, MA 02110
O: (617) 457-4000
F: (617) 482-3868
mdegiacomo@murthalaw.com
tgarg@murthalaw.com

TODD & WELD LLP
Howard M. Cooper, Esq. BBO #543842
Joseph M. Cacace, Esq. BBO #672298
One Federal Street, 27th Floor
Boston, MA 02109
(617) 720-2626
hcooper@toddweld.com
jcacace@toddweld.com