UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>BIOCHEMICS, INC., JOHN J. MASIZ, AND GREGORY S. KRONING,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 12-12324-MLW<br>)<br>)<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                                    March 5, 2019

On February 8, 2019, the court-appointed Receiver for BioChemics, Inc. filed a Motion for Order to Grant First Interim Application for Allowance of Compensation and Expenses (the "Motion"). The Receiver seeks $80,181.60 for services rendered and $665.51 for expenses incurred from October 9, 2018 through December 31, 2018. These amounts include a 20 percent "holdback," as required by the Order Appointing Receiver. See Docket No. 452, ¶59.

The Securities and Exchange Commission ("SEC") reviewed the Motion and supporting records, negotiated revisions of the Receiver's requested amounts, found that the amounts now requested are reasonable, and recommended that they should be paid. See Docket No. 504. The court agrees.

Accordingly, it is hereby ORDERED that:

1. The Receiver's Motion for Order to Grant First Interim Application for Allowance of Compensation and Expenses (Docket No. 503) is ALLOWED.

2. $80,847.11 shall be paid to the Receiver from the Receivership Assets.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE