UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIOCHEMICS, INC., ET AL.,<br><br>Defendants. | CIVIL ACTION<br>NO. 12-12324-MLW |

**ADEC'S RESPONSE TO MARCH 5, 2019 COURT ORDER
CONCERNING ADEC'S REQUEST FOR ATTORNEYS' FEES AND COSTS**

ADEC Private Equity Investments, LLC ("ADEC") responds to the Court's March 5, 2019 Order directing that "[c]ounsel for ADEC and Mr. Masiz *shall confer* and, by March 19, 2019, report on whether they have reached an agreement to resolve [ADEC's request for attorneys' fees and costs pursuant to Mass. Gen. Laws ch. 231 § 59H]." (Dkt. 517 at 3(b) (emphasis added)).

While ADEC was hopeful that ADEC and Mr. Masiz could resolve this issue without Court intervention, ADEC respectfully reports that ADEC and Mr. Masiz have not reached an agreement to resolve ADEC's request for attorneys' fees and costs. It bears mentioning, however, that ADEC's three attempts to confer with Attorney Schlichtmann, counsel for Mr. Masiz, concerning this issue were essentially unreciprocated. *See* Addendum A attaching relevant correspondence.

|  |  |
|---|---|
| Dated: March 19, 2019 | **ADEC PRIVATE EQUITY INVESTMENTS, LLC,**<br><br>By its attorneys,<br><br>*/s/  Elizabeth M. Bresnahan*<br>Jonathan M. Albano, BBO #013850<br>jonathan.albano@morganlewis.com<br>P. Sabin Willett, BBO #542519<br>sabin.willett@morganlewis.com<br>Elizabeth M. Bresnahan, BBO #672577<br>elizabeth.bresnahan@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Federal Street<br>Boston, MA 02110-1726<br>+1.617.341.7700<br><br>Howard M. Cooper (BBO #543842)<br>hcooper@toddweld.com<br>Joseph M. Cacace (BBO #672298)<br>jcacace@toddweld.com<br>TODD & WELD LLP<br>One Federal Street, 27th Floor<br>Boston, MA 02109<br>(617) 720-2626 |

## CERTIFICATE OF SERVICE

      I, Elizabeth M. Bresnahan, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 19, 2019.

                                              */s/ Elizabeth M. Bresnahan*
                                              Elizabeth M. Bresnahan

**Addendum A**

## Bresnahan, Elizabeth M.

| | |
|---|---|
| **From:** | Cooper, Howard <hcooper@toddweld.com> |
| **Sent:** | Friday, March 15, 2019 5:14 PM |
| **To:** | Bresnahan, Elizabeth M.; Jan Schlichtmann (jan@schlichtmannlaw.com) |
| **Cc:** | Sternklar, Jeffrey D.; Willett, P. Sabin; Cacace, Joseph |
| **Subject:** | RE: Conference Concerning Fees |

[EXTERNAL EMAIL]

Jan -

If you are unable to confer because of your schedule, please email us and tell us your response in terms of payment of the fees we seek from Judge Wolf.

Thanks and regards,

Howard

---

**From:** Bresnahan, Elizabeth M. [mailto:elizabeth.bresnahan@morganlewis.com]
**Sent:** Friday, March 15, 2019 4:39 PM
**To:** Jan Schlichtmann (jan@schlichtmannlaw.com)
**Cc:** Sternklar, Jeffrey D.; Willett, P. Sabin; Cooper, Howard; Cacace, Joseph
**Subject:** RE: Conference Concerning Fees

Jan,

Following up on my email below about a conference.  Can you please let me know your availability Monday for a discussion?

Thanks,

Elizabeth

**Elizabeth M. Bresnahan**
**Morgan, Lewis & Bockius LLP**
One Federal Street | Boston, MA 02110-1726
Direct: +1.617.951.8638 | Main: +1.617.341.7700 | Fax: +1.617.341.7701
elizabeth.bresnahan@morganlewis.com | www.morganlewis.com
Assistant: Patricia J. Beeman | +1.617.951.8378 | patricia.beeman@morganlewis.com

---

**From:** Bresnahan, Elizabeth M.
**Sent:** Thursday, March 14, 2019 5:32 PM
**To:** Jan Schlichtmann (jan@schlichtmannlaw.com) <jan@schlichtmannlaw.com>
**Cc:** Sternklar, Jeffrey D. <jeffrey@sternklarlaw.com>; Willett, P. Sabin <sabin.willett@morganlewis.com>; Cooper, Howard <hcooper@toddweld.com>; 'Cacace, Joseph' <jcacace@toddweld.com>
**Subject:** Conference Concerning Fees

Jan,

Judge Wolf's March 5 Order (Dkt. 517) required that counsel for ADEC and Mr. Masiz confer and by March 19, 2019 [Tuesday] report whether they have reached an agreement to resolve ADEC's request for attorneys' fees and costs.  We and ADEC's lawyers from Todd & Weld filed affidavits concerning fees on Tuesday pursuant to Judge Wolf's order.

Can you please let me know your availability tomorrow and Monday for a conference?

Thanks,

Elizabeth


**Elizabeth M. Bresnahan**
**Morgan, Lewis & Bockius LLP**
One Federal Street | Boston, MA 02110-1726
Direct: +1.617.951.8638 | Main: +1.617.341.7700 | Fax: +1.617.341.7701
elizabeth.bresnahan@morganlewis.com | www.morganlewis.com
Assistant: Patricia J. Beeman | +1.617.951.8378 | patricia.beeman@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax penalties.

## Bresnahan, Elizabeth M.

| | |
|---|---|
| **From:** | Jan Schlichtmann <jan@schlichtmannlaw.com> |
| **Sent:** | Monday, March 18, 2019 9:13 AM |
| **To:** | Bresnahan, Elizabeth M.; Cooper, Howard; Cacace, Joseph; Willett, P. Sabin |
| **Cc:** | Sternklar, Jeffrey D.; Jan Schlichtmann |
| **Subject:** | Re: Conference Concerning Fees |

[EXTERNAL EMAIL]

Elizabeth,

Thank you for your email regarding Judge Wolf's March 5, 2019 Order (Doc. #517).

We will not be agreeing to ADEC's "request for attorneys' fees and costs pursuant to Mass. Gen. Laws ch. 231 Section 59H" and will so report to the Court, by March 19, 2019, that ADEC and Mr. Masiz have *not* "reached an agreement to resolve this issue".

Regards,

Jan Schlichtmann, Esq.
PO Box 233
Prides Crossing, MA 01965
O: 978-927-1037
F: 978-232-9668
C: 978-804-2553

**From:** "elizabeth.bresnahan@morganlewis.com" <elizabeth.bresnahan@morganlewis.com>
**Date:** Thursday, March 14, 2019 at 5:32 PM
**To:** Jan Schlichtmann <jan@schlichtmannlaw.com>
**Cc:** "Sternklar, Jeffrey D." <jeffrey@sternklarlaw.com>, "sabin.willett@morganlewis.com" <sabin.willett@morganlewis.com>, "hcooper@toddweld.com" <hcooper@toddweld.com>, "jcacace@toddweld.com" <jcacace@toddweld.com>
**Subject:** Conference Concerning Fees

Jan,

Judge Wolf's March 5 Order (Dkt. 517) required that counsel for ADEC and Mr. Masiz confer and by March 19, 2019 [Tuesday] report whether they have reached an agreement to resolve ADEC's request for attorneys' fees and costs. We and ADEC's lawyers from Todd & Weld filed affidavits concerning fees on Tuesday pursuant to Judge Wolf's order.

Can you please let me know your availability tomorrow and Monday for a conference?

Thanks,

Elizabeth

**Elizabeth M. Bresnahan**
**Morgan, Lewis & Bockius LLP**
One Federal Street | Boston, MA 02110-1726

Direct: +1.617.951.8638 | Main: +1.617.341.7700 | Fax: +1.617.341.7701
elizabeth.bresnahan@morganlewis.com | www.morganlewis.com
Assistant: Patricia J. Beeman | +1.617.951.8378 | patricia.beeman@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.