UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIOCHEMICS, INC., JOHN J. MASIZ, )<br>CRAIG MEDOFF and GREGORY S. )<br>KRONING, )<br>Defendants. ) | CIVIL ACTION NO. 12-12324-MLW |

## CERTIFICATE OF SERVICE

Pursuant to L.R. 5.2(b), I, Taruna Garg, hereby certify that on the 29th day of April,

2019, I caused to be served a copy of the following documents to (i) the parties receiving notice

through the Court's ECF system, (ii) by email and/or first class mail to the parties on the attached

Service List attached hereto.

(i)     ***Exhibit A to*** Receiver's Second Quarterly Status Report for Quarter Ending
March 31, 2019**.**

/s/ Taruna Garg
Taruna Garg, Esq. BBO #654665
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000 Telephone
617-482-3868 Facsimile
tgarg@murthalaw.com

## SERVED VIA FIRST CLASS MAIL AND/OR E-MAIL

| | | |
|---|---|---|
| Bruce Sunstein, Esq.<br>Sunstein Kann Murphy & Timbers LLP<br>bsunsteinlaw@sunsteinlaw.com<br>Jleeman@sunsteinlaw.com<br>RKann@sunsteinlaw.com | Kevin Lemack, Esq.<br>Nields & Lemack<br>kevin.lemack@iplawboutique.com | Winston S. Marshall<br>1100 Bentbrook Lane<br>Sherman, Texas 75092<br>winmarshall@hotmail.com<br>wesmar@gmail.com |
| Daryl Ury Fox<br>56 Glenwood Avenue<br>Demarest, NJ 07627<br>dfox@esmferolie.com | John R. Serafini Jr.<br>601 Bay Road<br>PO Box 81<br>Hamilton, MA 01936<br>seraf601@hotmail.com | Anne L. Busteed<br>17 Orne Sq.<br>Salem, MA 01970<br>annebusteed@comcast.net |
| Mark Horan<br>9 Armstrong Rd<br>Morristown, NJ 07960<br>mhoran@36thstreetcapital.com | Jack T Taylor<br>10951 Sanctuary Way<br>Shreveport, LA 71106<br>jacktaylorjr@yahoo.com | Stephen F Flynn<br>pay925@aol.com |
| John F. Austin III<br>P. O. Box 548<br>West Falmouth, MA. 02574-0548<br>aukina@aol.com | Christina Mattin<br>clmlondonuk@gmail.com | Darlington Hart, MD<br>sotonye@aol.com |
| Derek Slaughter<br>7118 Elmridge Drive<br>Dallas, TX 75240<br>tdslaughter@hotmail.com | Michael Todryk<br>miketodryk@yahoo.com | Charles Gavin Copeland<br>Gavin4973@gmail.com<br>Maggie.Lam@clarkhillstrasburger.com<br>David.ovard@clarkhillstrasburger.com |
| Theodore Petroulas<br>petsavas2@yahoo.com | James R. Freeman<br>and Peggy Freeman<br>jrfreeatlbrv@gmail.com | Wendy Wolyniec<br>Wwolyniec1@gmail.com |
| Douglas Arnold<br>dougarnold45@icloud.com | John Aquino, Esq. (Inpellis Chapter 7 Trustee)<br>jja@andersonaquino.com | Steven Israel<br>steven.israel@ustrust.com |
| Michael Erlich, Esq.<br>erlichlaw@aol.com | Ashley Hunter<br>ahunter@hunter-alliance.com | William Flynn<br>Wmflynn123@msn.com |

| | | |
|---|---|---|
| Alix Michel<br>Alixmichel295@gmail.com | Robert Doherty<br>rd@dohertyadvisors.com | |