UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>BIOCHEMICS, INC., JOHN J. MASIZ, CRAIG MEDOFF and GREGORY S. KRONING,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO. 12-12324-MLW |

**THIRD INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND EXPENSES OF THE RECEIVER AND MURTHA CULLINA, LLP**

Mark G. DeGiacomo, (the "Receiver") hereby files, on behalf of himself and his law firm Murtha Cullina, LLP (together referred to herein as the "Applicant"), this Application pursuant to this Court's Order dated October 9, 2019 and the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission (the "Billing Instructions"), seeking compensation in the total amount of $49,430.40 for services rendered from April 1, 2019 through June 30, 2019 (the "Application Period").  This amount is 80% of the time incurred during the Application Period.  No expenses were incurred during the Application Period.  Per the Receiver's agreement with the SEC, the remaining 20% of fees will be held back until the filing of a Final Fee Application.

In support of this Application, the Receiver states as follows:

1.      On June 28, 2018, the plaintiff, Securities and Exchange Commission ("SEC") filed a Motion to Appoint a Receiver (Dkt. No. 423) of defendant Biochemics, Inc. ("Biochemics") and its related party, the Shareholder Resolution Trust.

2.      On October 9, 2018, the Court entered an Order (Dkt. No. 452) granting the SEC's Motion and appointed the Receiver (the "Receiver Order").   The Receiver's services commenced that day.

3.      The Receiver Order requires that "[t]he Receiver shall assume control of all Receivership Assets."  Receiver Order ¶ 5. "Receivership Assets" are defined by the Receiver Order as "all property of whatever kind and wherever situated, of defendant Biochemics, Inc., as well as property of the Shareholder Resolution Trust in which the Commission has first-priority security interests."  Receiver Order ¶ 1

4.      On October 25, 2018, this Court entered an Order allowing the Receiver's Motion to Employ Murtha Cullina, LLP as his counsel.

5.      Paragraph 57 of the Receiver Order provides as follows:

> Within 45 days after the end of each calendar quarter, the Receiver and Retained Personnel shall apply to the Court for compensation and expense reimbursement from the Receivership Assets (the "Quarterly Fee Application").

6.      This is the Applicant's Third Interim Fee Application.

7.      On March 5, 2019, this Court entered an Order approving the Receiver's First Interim Fee Application which sought fees in the amount of $80,181.60 and reimbursement of expenses in the amount of $665.51.

8.      This Court has scheduled a hearing to take place on September 5, 2019 concerning the Receiver's Second Interim Fee Application which seeks fees in the amount of $66,999.60 and reimbursement of expenses in the amount of $54.36.

9.      The following information is attached to this Application:

| | |
|---|---|
| **Exhibit A:** | **SEC Standardized Fund Accounting Report** |
| **Exhibit B:** | **Certification of Receiver** |
| **Exhibit C:** | **Summaries of Administration** |
| **Exhibit D:** | **Time Records** |
| **Exhibit E:** | **Summary of Time** |

10.     The Receiver has collected the amount of $441,305.23 (the "Funds") and is holding a $100,000 deposit on a possible Asset Purchase Agreement (the "Deposit"). The Funds were turned over from the District Court Registry and the Deposit was transferred from Biophysics Pharma, Inc., a possible purchaser of Biochemics' intellectual property ("BPI"). All amounts are being held in an interest bearing account. No amounts have been disbursed other than to pay the Receiver's approved First Interim Fee Application. The Funds are unencumbered. To the best of the Receiver's knowledge, no administrative expenses have accrued (other than those sought by this Application).

11.     Pursuant to the authority granted by this Court on October 25, 2018, the Receiver employed Verdolino & Lowey ("V&L") as his accountants.

12.     On March 5, 2019, this Court entered an Order approving the Receiver's Motion seeking to employ Sunstein, Kann Murphy & Timbers, LLP and Nields, Lemack & Frame, LLC, as special intellectual property counsel (the "IP Firms").

13.     V&L has done little or no work as of the date of this Application and the IP Firms are being paid by BPI.

14.     A list of creditors was supplied to the Receiver by Biochemics. On November 2, 2018, this Court entered an Order approving the Receiver's Motion to Limit Notice. In accordance with that Order, all known creditors were advised that, if they forwarded a request to the Receiver, they would be served with all filings made by the Receiver with this Court.

15.     The claims filing and review procedure has not begun.  It is anticipated that the claims filing and review procedure will start once the Receivership Assets, including the Intellectual Property, are liquidated at which point it will be clear if any dividend will be available to general unsecured creditors.

16.     Summaries of the work done by the Applicant during the Application Period are attached hereto as Exhibit C.

17.     At this early point, the Receiver is unable to predict when this case will close.

18.     The fees and expenses sought by this Application were incurred in the best interests of the fair distribution of the Receivership Assets.

19.     With the exception of the Billing Instructions, the Applicant has not entered into any agreement, written or oral, express or implied, with any person or entity concerning the amount of compensation paid or to be paid from the Receivership Assets, or any sharing thereof.

20.     At this point the Receiver has determined that this estate holds the following assets:

| Asset | Value |
|---|---|
| Intellectual Property | Unknown |
| Registry Funds[1] | $360,649.84 |
| Trusteed funds in Rosewood case | $4,145.03 |
| Deposit | $100,000.00 |

21.     The Receiver is currently investigating what (if any) claims he holds against third parties.

---

[1] The original amount turned over from the Registry Fund was $441,305.23.

10065742v1

WHEREFORE, the Receiver requests an Order authorizing the payment of compensation in the amount of $49,430.40 for services rendered in this matter from April 1, 2019 through June 30, 2019.

Respectfully submitted,

/s/ Mark G. DeGiacomo
Mark G. DeGiacomo, Chapter 7 Receiver
Murtha Cullina, LLP
99 High Street, 20th Floor
Boston, MA 02110
(617) 451-4000 Telephone
(617) 482-3868 Facsimile

Dated: July 25, 2019

10065742v1

**<u>EXHIBIT A</u>**

STANDARDIZED FUND ACCOUNTING REPORT for (Biochemics, Inc. - Cash Basis
Receivership; Civil Court Docket No.12-12324-MLW
Reporting Period 04/01//2019 to 06/30/2019

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 04/01/2019): | | | $360,535.00 |
| | *Increases In Fund Balance:* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | | $114.84 | |
| Line 5 | Business Asset Liquidation Deposit Sale of Assets | | $100,000.00 | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation income | | | |
| Line 8 | Miscellaneous - Other | | | |
| | Total Funds Available (Lines 1 - 8): | | | |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals Business* | | | |
| Line 10b | *Asset Expenses* | | | |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10c | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | *Total Third-Party Litiaation Expenses* | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | | | |
| | Total Disbursements for Receivership Operations | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by te Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator .................................. | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent ..................................... | | | |
| | Consultants ............................................. | | | |
| | Legal Advisers ......................................... | | | |
| | Tax Advisers ........................................... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses* | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator .................................. | | | |
| | IDC............................................................ | | | |
| | Distribution Agent ..................................... | | | |
| | Consultants ............................................. | | | |
| | Legal Advisers ......................................... | | | |
| | Tax Advisers ........................................... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan.............. | | | |
| | Claimant Identification .............................. | | | |
| | Claims Processing.......; ............................ | | | |
| | Web Site Maintenance/Call Center ........... | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution | | | |
| | (FAIR) Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | *Investment Expenses/Court Registry Investment* | | | |
| Line 12b | *System (ORIS) Fees* | | | |
| | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other: | | | |
| | Total Funds Disbursed (Lines 9-' 11): | | | |
| Line 13 | Ending Balance (As of 03/31/2019): | | | $460,649.84 |

STANDARDIZED FUND ACCOUNTING REPORT for {Biochemics, Inc. - Cash Basis
Receivership; Civil Court Docket No.12-12324-MLW
Reporting Period 01/01/2019 to 03/31/2019

| | | CASH | | |
|---|---|---|---|---|
| Line 14 | Ending Balance of Fund - Net Assets: | CASH | $460,649.84 | $460,649.84 |
| Line 14a | *Cash & Cash Equivalents* | | | |
| Line 14b | *Investments* ................. ...... .... .... ...... ...... | | | |
| Line 14c | *Other Assets or Uncleared Funds* | | | $460,649.84 |
| | Total Ending Balance of Fund - Net Assets | | | |

OTHER SUPPLEMENTAL INFORMATION:

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | nd: | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fu | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Func* | | | |
| | 1. Fees: | | | |
| | Fund Administrator ................................. | | | |
| | IDC........................................................ | | | |
| | Distribution Agent ................................. | | | |
| | Consultants ............................................ | | | |
| | Legal Advisers ....................................... | | | |
| | Tax Advisers .......................................... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the* | *Fund* | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fu* | nd: | | |
| | 1. Fees: | | | |
| | Fund Administrator ................................. | | | |
| | IDC........................................................ | | | |
| | Distribution Agent ................................. | | | |
| | Consultants ............................................ | | | |
| | Legal Advisers ....................................... | | | |
| | Tax Advisers........................................... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan ............. | | | |
| | Claimant Identification.............................. | | | |
| | Claims Processing .................................. | | | |
| | Web Site Maintenance/Call Center............ | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by t* | *?e Fund* | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | Total Disbursements for Plan Administration Expenses Not Paid by | /the Fund | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fun< | 1: | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | |
| Line 16b | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other Not Paid by | he Fund: | | |
| Line 17 | DC 8> State Tax Payments | | | |
| Line 18 | No. of Claims: | | | |
| Line 18a | *# of Claims Received This Reporting Period* ................................... ................................. | | | |
| Line 18b | *# of Claims Received Since inception of Fund* ................................................................ | | | |
| Line 19 | No. of Claimants/Investors: | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period* ..................................................... | | | |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund.* .................................................... | | | |

Receiver:

By:

(signature)

Mark G.DeGiacomo
(printed name)

Receiver
(title)

July 25, 2019
Date:

2

**EXHIBIT B**

**EXHIBIT B**

**CERTIFICATION OF RECEIVER**

I, Mark G. DeGiacomo, do hereby certify to this Court as follows:

1.    I have read this completed Fee Application (the "Application").

2.    To the best of my knowledge, information and belief formed after reasonable inquiry, the Application and all fees and expenses sought therein are true and accurate and comply with the Billing Instructions For Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission;

3.    All fees sought in the Application are based on the rates listed in the fee schedule attached hereto and such fees are reasonable, necessary and commensurate with the skill and experience required for the activity performed;

4.    I have not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission); and

5.    In this Fee Application I am not seeking reimbursement for services which were justifiably purchased or contracted for from a third party (such as copying, imaging, bulk mail, messenger service, overnight courier, computerized research, or title and lien searches).

6.    My firm is not making a profit on any reimbursable service.

SIGNED under the pains and penalties of perjury this 25th day of July, 2019.

MARK G. DEGIACOMO

10065742v1

**EXHIBIT C**

**EXHIBIT C**

**I.  ASSET ANALYSIS – INTELLECTUAL PROPERTY**

The services rendered in connection with this section primarily involve the continued negotiation of an Asset Purchase Agreement pursuant to which the Receiver would sell the intellectual property owned by Biochemics to Biophysics Pharma, Inc. or the highest bidder after a 90 day marketing effort.  The services included participating in negotiation sessions that were held on April 1, 2019, April 9, 2019, May 16, 2019, June 19, 2019 and June 20, 2019, many telephone calls with Attorneys Schlichtmann, Sternklar and/or Trustee Aquino including lengthy telephone calls on April 2, 2019, April 17, 2019, April 24, 2019, April 30, 2019, May 20, 2019 and June 11, 2019, reviewing and revising various drafts of the Asset Purchase Agreement, telephone calls and exchange of email correspondence with representatives of the Gordion Group concerning possible employment as investment banker and beginning to draft the Motion to Employ Gordion Group.

**II. ASSET MAINTENANCE**

The services provided in this section involved time spent maintaining the intellectual property owned by Biochemics, Inc.  The time covered involved telephone calls and exchange of email correspondence with the Receiver's court approved special intellectual property law firms, and on occasion with Attorney Jan Schlichtmann, concerning the preservation and maintenance of the various patents in all applicable jurisdictions.

### III.  ASSET ANALYSIS (NON-IP)

The services provided under this section involved telephone calls and exchange of email correspondence with Attorneys David Baker and Jan Schlichtmann concerning the funds that are being held pursuant to a trustee process order entered by the Massachusetts State Court prior to the commencement of the Receivership action.  Time was also spent reviewing the decision issued by the First Circuit Court of Appeals affirming the entry of summary judgment against Biochemics, Inc. in a case Biochemics had brought to recover from its insurance company the expenses Biochemics incurred in connection with the investigation opened by the Securities and Exchange Commission.

### IV. ADEC

The services provided under this section involved ongoing issues with ADEC (the largest creditor in the Inpellis bankruptcy case) including the issuance of subpoenas requiring the production of documents concerning Biochemics' proprietary information.  The services included reviewing pleadings that relate to the Motion to Quash the Subpoena, preparing for and attending the June 20, 2019 hearing in the Bankruptcy Court, telephone calls with Attorneys Howard Cooper and Joe Cacace (counsel for ADEC) and preparing for and attending the June 24, 2019 Bankruptcy Court mandated meeting with Trustee Aquino and ADEC counsel to discuss the scope of the ADEC subpoenas.

### V.  CASE ADMINISTRATION

The services provided in connection with general administration matters included several telephone calls and exchange of email correspondence with various individual Series E creditors, telephone calls with Attorneys David London and Kathy Shields of the Securities and Exchange

10122277v1

Commission, drafting the Receiver's Second Quarterly Status Report and conducting the June

19, 2019 conference call with the Series E creditors.

**EXHIBIT D**

**Asset Analysis (IP)**

•

**PROFESSIONAL SERVICES**

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 4/01/19 | MGD | Call from Liam Ahern re status of Gordian engagement letter | .20 | 104.00 |
| 4/01/19 | MGD | Prepare for meeting re new APA | .60 | 312.00 |
| 4/01/19 | MGD | Meet with Attorneys Jan Schlichtman and Jeff Sternklar | 4.10 | 2,132.00 |
| 4/01/19 | MGD | Call from Trustee John Aquino | .40 | 208.00 |
| 4/01/19 | TXG | Reviewed correspondence from Jeffrey Sternklar, Esq. regarding documents from meeting | .10 | 41.50 |
| 4/02/19 | MGD | Call to Trustee Aquino re ADEC and APA | 1.30 | 676.00 |
| 4/02/19 | MGD | Call to Attorney Jeff Sternklar re APA | .40 | 208.00 |
| 4/03/19 | MGD | Call from Liam Ahern | .30 | 156.00 |
| 4/04/19 | MGD | Call with Trustee Aquino re APA | .70 | 364.00 |
| 4/04/19 | MGD | Call to Attorney Jeff Sternklar | .40 | 208.00 |
| 4/08/19 | MGD | E-mail exchange with Attorney Jeff Sternklar | .30 | 156.00 |
| 4/08/19 | TXG | Telephone conference with Receiver regarding update on sale efforts | .40 | 166.00 |
| 4/09/19 | MGD | Call to Attorney Jeff Sternklar | .30 | 156.00 |
| 4/09/19 | MGD | Prepare for meeting with attorneys re negotiation of APA | .70 | 364.00 |
| 4/09/19 | MGD | Attend long meetings with Attorneys Glosband, Schlichtman, Farrell and Trustee Aquino re negotiation of APA | 5.60 | 2,912.00 |
| 4/10/19 | TXG | Telephone conference with Receiver regarding status of sale efforts | .70 | 290.50 |
| 4/16/19 | MGD | E-mail to Trustee Aquino | .10 | 52.00 |
| 4/17/19 | MGD | Long telephone call with Trustee Aquino re latest information re deal | 1.60 | 832.00 |
| 4/23/19 | MGD | E-mail exchange with Liam Ahern re status of negotiations | .30 | 156.00 |
| 4/24/19 | MGD | Call to Trustee Aquino re marketing with Gordian Group of any APA | 1.20 | 624.00 |
| 4/30/19 | MGD | Call with Trustee Aquino regarding status of his discussion with SEC and ADEC | 1.30 | 676.00 |
| 5/01/19 | MGD | E-mail exchange with Liam Ahern | .30 | 156.00 |
| 5/02/19 | MGD | Call from Trustee Aquino regarding SEC | .80 | 416.00 |
| 5/02/19 | MGD | Conference with Attorney Jeff Sternklar regarding status | .60 | 312.00 |
| 5/02/19 | MGD | Conference with Trustee John Aquino regarding new proposal | .70 | 364.00 |
| 5/03/19 | MGD | Call from Attorney Jeff Sternklar regarding idea of splitting off sale of IP from settlement of Inpellis claims | .50 | 260.00 |
| 5/06/19 | TXG | Exchanged telephone calls with Receiver regarding status of negotiations with Masiz Group | .20 | 83.00 |
| 5/07/19 | MGD | Conference with TG regarding status of negotiations | .20 | 104.00 |
| 5/07/19 | TXG | Telephone conference with Receiver regarding status of sale negotiations | .20 | 83.00 |
| 5/09/19 | MGD | Review draft of Bid Terms provided by Attorney Sternklar | 1.20 | 624.00 |
| 5/09/19 | TXG | Reviewed correspondence and outline sent by Attorney Jeffrey Sternklar on offer to purchase | .30 | 124.50 |
| 5/14/19 | MGD | E-mail exchange with Trustee Aquino | .30 | 156.00 |
| 5/15/19 | MGD | E-mail exchange with Trustee Aquino regarding new proposal | .30 | 156.00 |
| 5/15/19 | MGD | Call to Attorney Jeff Sternklar | .40 | 208.00 |
| 5/16/19 | MGD | Prepare for meeting including review of proposed term sheet | .90 | 468.00 |

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 5/16/19 | MGD | Meeting with Attorney Sternklar and Trustee Aquino | 3.30 | 1,716.00 |
| 5/20/19 | MGD | Long telephone call with Attorney Jan Schlichtmann re latest proposal | 1.10 | 572.00 |
| 5/30/19 | MGD | Long call with Trustee Aquino regarding ADEC position and APA | .90 | 468.00 |
| 5/30/19 | MGD | Long call with Attorney Jeffrey Sternklar regarding status of revised APA | .80 | 416.00 |
| 6/03/19 | MGD | Call to Trustee Aquino | .80 | 416.00 |
| 6/03/19 | MGD | Call to Attorney Jeff Sternklar | .70 | 364.00 |
| 6/03/19 | MGD | Conference call with Trustee Aquino and Attorney Sternklar re new APA | .80 | 416.00 |
| 6/05/19 | MGD | Review new APA and Claim Resolution Agreement prepared by Attorney Jeffrey Sternklar | 1.40 | 728.00 |
| 6/06/19 | MGD | Call with Attorney Jeff Sternklar re revised documents | .70 | 364.00 |
| 6/11/19 | MGD | Call to Attorney Jeff Sternklar re status | .70 | 364.00 |
| 6/11/19 | MGD | Call to Trustee Aquino re status | 1.10 | 572.00 |
| 6/17/19 | MGD | Call to Attorney Jeff Sternklar | .70 | 364.00 |
| 6/17/19 | MGD | Call with Trustee Aquino | .80 | 416.00 |
| 6/17/19 | MGD | Call with SEC re status | .30 | 156.00 |
| 6/18/19 | MGD | Call to Attorney Sternklar | .80 | 416.00 |
| 6/18/19 | MGD | Call to Trustee Aquino | .70 | 364.00 |
| 6/19/19 | MGD | Meet with Attorney Jan Schlichmann re tomorrow's Bankruptcy Court hearing | 1.80 | 936.00 |
| 6/19/19 | MGD | Call with Trustee Aquino | .60 | 312.00 |
| 6/20/19 | MGD | Post-hearing meeting with Attorneys Sternklar and Schlichtman | 2.40 | 1,248.00 |
| 6/20/19 | MGD | Call with Trustee Aquino re Gordian employment | .50 | 260.00 |
| 6/20/19 | MGD | E-mail to Liam Ahern at Gordian re employment | .20 | 104.00 |
| 6/21/19 | MGD | Begin drafting Motion to Employ Gordian | .60 | 312.00 |
| 6/21/19 | MGD | Exchange emails with Attorney Jeffrey Sternklar re new proposal for Biochemics IP | .30 | 156.00 |
| 6/24/19 | MGD | Review new Term Sheet from Attorney Sternklar | .70 | 364.00 |
| 6/24/19 | MGD | Review revised document requests to Jan Schlichtman as revised by ADEC attorneys | 1.20 | 624.00 |
| 6/24/19 | MGD | Call to Attorney Jeffrey Sternklar re his new offer for Biochemics IP | .80 | 416.00 |
| 6/24/19 | MGD | Review email from Liam Ahern | .20 | 104.00 |
| 6/25/19 | MGD | E-mail to Trustee Aquino re telephone call with Gordian | .20 | 104.00 |
| 6/25/19 | MGD | Telephone call from Attorney Jeffrey Sternklar re my questions re new proposal | .70 | 364.00 |
| 6/25/19 | MGD | Call with Trustee Aquino re Gordian telephone call | .30 | 156.00 |
| 6/25/19 | MGD | E-mail to Liam Ahern re telephone call | .30 | 156.00 |
| 6/26/19 | MGD | Prepare for telephone call with Gordian | .60 | 312.00 |
| 6/26/19 | MGD | Call with Gordian and Trustee Aquino | .70 | 364.00 |
| 6/26/19 | MGD | Follow up call from Trustee Aquino | .40 | 208.00 |
| 6/26/19 | MGD | Draft Gordian's Motion to Employ | .50 | 260.00 |
| 6/27/19 | MGD | E-mail exchange with Attorney Jeffrey Sternklar re new APA | .30 | 156.00 |

| Date | Atty | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 6/27/19 | MGD | Begin review of new APA for BioChemics' assets | .60 | 312.00 |
| 6/27/19 | MGD | Exchange of e-mails with Gordian re their requirement of $250,000 Guaranty | .40 | 208.00 |
| 6/27/19 | MGD | Call from Trustee Aquino re Gordian e-mail | .50 | 260.00 |
| | | **Total** | **58.30** | **$ 30,116.50** |

**Asset Maintenance**

**PROFESSIONAL SERVICES**

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 4/01/19 | TXG | Reviewed correspondence from Ann Marie Mahan regarding Nields Lemack invoice | .10 | 41.50 |
| 4/02/19 | TXG | Reviewed correspondence from Christopher Lacenere, Esq. regarding non-final action on claims and recommended actions | .20 | 83.00 |
| 4/03/19 | EAG | Receive and review correspondence from patent attorneys (.3); download relevant paperwork from USPTO (.3); report outstanding office actions to Biochemics' attorneys (.2); review of upcoming deadlines and send reminders to Biochemics' attorneys (.4) | 1.20 | 516.00 |
| 4/03/19 | TXG | Exchanged correspondence with Elizabeth Galletta, Esq. regarding handling of upcoming deadlines | .20 | 83.00 |
| 4/04/19 | TXG | Exchanged correspondence with Elizabeth Galletta, Esq. regarding correspondence from Christopher Lacenere, Esq. | .20 | 83.00 |
| 4/05/19 | TXG | Reviewed invoices from Sunstein | .20 | 83.00 |
| 4/09/19 | TXG | Reviewed correspondence regarding actions to be taken for annuities for European application | .30 | 124.50 |
| 4/10/19 | EAG | Receive and review email from Biochemics' attorney regarding non-payment of annuities (,2); prepare and send email to patent attorney regarding non-payment of annuities (.3) | .50 | 215.00 |
| 4/10/19 | TXG | Exchanged correspondence with Elizabeth Galletta, Esq. regarding response to be filed by Sunstein | .20 | 83.00 |
| 4/11/19 | EAG | Attend to correspondence with patent counsel regarding upcoming deadlines (.1); attend to correspondence with Biochemics' attorneys regarding upcoming patent deadlines (.2) | .30 | 129.00 |
| 4/11/19 | TXG | Reviewed correspondence from Elizabeth Galletta, Esq. regarding preservation of IP | .20 | 83.00 |
| 4/12/19 | EAG | Attend to review of email and upcoming deadlines for responding to office action (.1); prepare and send email to Biochemics' attorney reminding of deadline (.1) | .20 | 86.00 |
| 4/16/19 | MGD | Call to T. Garg re patent maintenance issue | .10 | 52.00 |
| 4/21/19 | EAG | Receive and review email from patent counsel regarding granted European patent (.1); prepare and send email to Biochemics' attorney regarding granted European patent (.1) | .20 | 86.00 |
| 4/22/19 | EAG | Review calendar of upcoming deadlines | .20 | 86.00 |
| 4/22/19 | EAG | Email T. Garg regarding upcoming deadlines on patent matters | .10 | 43.00 |
| 4/23/19 | EAG | Look up extension fees for patent matters | .20 | 86.00 |
| 4/23/19 | EAG | Prepare and send email to T.Garg with information about patent extension fees | .10 | 43.00 |
| 4/23/19 | EAG | Email to C. Lacenere regarding status of patent application and request date for expected draft response for matter ref. no. 3326/126 | .20 | 86.00 |
| 4/23/19 | EAG | Calendar follow up dates regarding office action for matter ref. no. 3326/123 | .10 | 43.00 |
| 4/23/19 | EAG | Review of calendar regarding actions due for matter ref. no. 3326/123 | .10 | 43.00 |
| 4/23/19 | EAG | Respond to email of C. Lacenere regarding information needed to respond to office action for matter no. 3326/126 | .20 | 86.00 |

| Date | Atty | Description of Service | Hours | Amount |
|------|------|----------------------|-------|--------|
| 4/23/19 | EAG | Respond to email from T. Garg regarding what is needed to response to office action for matter ref. no. 3326/123 | .10 | 43.00 |
| 4/23/19 | EAG | Discussion with T. Garg regarding executed documents needed for matter ref. no. 3326/126 | .30 | 129.00 |
| 4/23/19 | EAG | Review file correspondence regarding execution of assignment documents by J. Masiz | .20 | 86.00 |
| 4/23/19 | EAG | Research USPTO database regarding status of assignments of assets with J. Masiz listed as inventor | .50 | 215.00 |
| 4/23/19 | EAG | Email T. Garg with information regarding analysis of USPTO database of assignment documents related to assets with J. Masiz listed as inventor | .20 | 86.00 |
| 4/23/19 | EAG | Prepare chart of deadlines and associated fees related to patent matters | .50 | 215.00 |
| 4/23/19 | EAG | Email chart of deadlines and fees to T. Garg | .10 | 43.00 |
| 4/23/19 | MGD | Conferences with T. Garg re patent issues | .50 | 260.00 |
| 4/23/19 | TXG | Telephone call from Receiver regarding handling of IP matters | .30 | 124.50 |
| 4/23/19 | TXG | Telephone conferences with Elizabeth Galletta, Esq. regarding status of outstanding IP matters, deadlines and next steps | .90 | 373.50 |
| 4/23/19 | TXG | Telephone conference with Receiver regarding outstanding IP matters and deadlines | .20 | 83.00 |
| 4/23/19 | TXG | Exchanged multiple correspondence with Elizabeth Galletta, Esq. regarding follow up with Sunstein, upcoming deadlines and fees, and assignment from John Masiz | .60 | 249.00 |
| 4/23/19 | TXG | Reviewed correspondence from Ann Marie Mahan regarding Dermal Elastics trademark renewal | .10 | 41.50 |
| 4/25/19 | EAG | Prepare and send email to T. Garg with reminders regarding upcoming deadlines for patent matters | .20 | 86.00 |
| 4/25/19 | TXG | Exchanged correspondence with Elizabeth Galletta, Esq. regarding upcoming deadline and follow up with Jan Schlichtmann, Esq. | .20 | 83.00 |
| 4/25/19 | TXG | Correspondence to Jan Schlichtmann, Esq. regarding deadlines and fees on various patents | .40 | 166.00 |
| 4/26/19 | AMS1 | Correspondence with EAG regarding Change of Correspondence filing. | .20 | 30.00 |
| 4/26/19 | AMS1 | Prepared and filed Change of Correspondence with USPTO. | .50 | 75.00 |
| 4/26/19 | EAG | Read email from A. Mahan regarding status of Dr. Dog Trademark | .10 | 43.00 |
| 4/26/19 | EAG | Review email from Attorney Schlichtmann to A. Mahan regarding status of Dr. Dog trademark | .10 | 43.00 |
| 4/26/19 | EAG | Email T. Garg regarding status of Dr. Dog trademark | .10 | 43.00 |
| 4/26/19 | EAG | Research Dr. Dog trademark and note correspondence address on USPTO | .20 | 86.00 |
| 4/26/19 | EAG | Prepare and send email to A. Mahan with instructions to close her file on Dr. Dog trademark | .10 | 43.00 |
| 4/26/19 | EAG | Prepare and send email to Attorney Schlichtmann noting that we instructed A. Mahan of file closure and USPTO correspondence will be updated accordingly | .10 | 43.00 |
| 4/26/19 | EAG | Prepare and send email to A. Soucy with information about Dr. Dog. Trademark and request update to correspondence at USPTO | .20 | 86.00 |

3

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 4/26/19 | EAG | Execute paperwork to change correspondence for Dr. Dog trademark at USPTO | .10 | 43.00 |
| 4/26/19 | TXG | Telephone conferences with Elizabeth Galletta, Esq. regarding patent deadlines | .20 | 83.00 |
| 4/26/19 | TXG | Reviewed numerous correspondence from Ann Marie Mahan and others regarding trademark | .30 | 124.50 |
| 4/29/19 | EAG | Email T. Garg reminding of upcoming deadline to pay issue fee for matter no. 3326/120 | .10 | 43.00 |
| 4/29/19 | EAG | Read email from E.Russo that invoice for issue fee for matter no. 3326/120 was paid | .10 | 43.00 |
| 4/29/19 | EAG | Discussion with T. Garg regarding assignment issues pertaining to patent matters and questions as to why J. Masiz will not execute assignment document | .20 | 86.00 |
| 4/29/19 | EAG | Discussion with T. Garg regarding liens recorded at USPTO against Biochemics' patent assets | .20 | 86.00 |
| 4/29/19 | TXG | Telephone conference with Elizabeth Galletta, Esq. regarding follow up on pending deadlines and amounts owed | .20 | 83.00 |
| 4/29/19 | TXG | Exchanged correspondence with Jan Schlichtmann, Esq. and Elizabeth Russo regarding payments due | .30 | 124.50 |
| 4/30/19 | EAG | Review claims allowed for matter no. 3326/120 and determine if continuation application is needed | .20 | 86.00 |
| 4/30/19 | EAG | Email T. Garg with proposal to email Attorney Schlichtmann concerning not filing continuation application for matter no. 3326/120 | .20 | 86.00 |
| 4/30/19 | TXG | Telephone call and email correspondence from Elizabeth Galletta, Esq. regarding approach for upcoming patent deadline | .20 | 83.00 |
| 5/01/19 | EAG | Email T. Garg regarding status of upcoming deadlines | .20 | 86.00 |
| 5/01/19 | EAG | Email Attorney Schlichtmann advising that instructions regarding payment of issue fees and no continuation applications will be sent to Sunstein on matter no. 3326/120 | .20 | 86.00 |
| 5/01/19 | EAG | Email C. Lacenere with instructions to pay issue fees for matter no. 3326/120 | .20 | 86.00 |
| 5/01/19 | EAG | Check USPTO database for assignment information for matter no. 3326/120 | .10 | 43.00 |
| 5/01/19 | TXG | Exchanged correspondence with Elizabeth Galletta, Esq. regarding fees to Sunstein | .20 | 83.00 |
| 5/02/19 | EAG | Read email from A. Mahan regarding invoice for trademark matters | .10 | 43.00 |
| 5/02/19 | EAG | Discussion with T. Garg regarding maintenance of trademark matters by law firm of Nields, Lemack and Frame | .10 | 43.00 |
| 5/02/19 | EAG | Email A. Mahan requesting listing of all trademark and patent matters maintained by Nields, Lemack and Frame | .10 | 43.00 |
| 5/02/19 | TXG | Reviewed correspondence from Christopher Lacenere regarding issue fee and response to EPC communication | .30 | 124.50 |
| 5/02/19 | TXG | Reviewed correspondence from Nicole January regarding deadlines and fees due | .20 | 83.00 |
| 5/02/19 | TXG | Reviewed correspondence from Ann Marie Mahan regarding annuity reminder | .20 | 83.00 |
| 5/02/19 | TXG | Reviewed correspondence from Ann Marie Mahan regarding Brazilian patent | .20 | 83.00 |

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 5/02/19 | TXG | Correspondence with Elizabeth Galletta, Esq. regarding Brazilian patent | .10 | 41.50 |
| 5/03/19 | EAG | Read email from A. Mahan regarding status of Brazilian patent application | .10 | 43.00 |
| 5/03/19 | EAG | Calendar follow up regarding status of Brazilian patent application | .10 | 43.00 |
| 5/03/19 | EAG | Read email from A. Mahan regarding upcoming deadline to file annuities for Canadian application for Bifunctional Synthetic Molecules | .10 | 43.00 |
| 5/03/19 | EAG | Calendar follow up regarding upcoming deadline to file annuities for Canadian application for Bifunctional Synthetic Molecules | .10 | 43.00 |
| 5/03/19 | EAG | Read email from N. January regarding upcoming deadlines of annuities and review status of applications for which annuities are due | .20 | 86.00 |
| 5/03/19 | EAG | Forward to Attorney Schlichtmann email from N. January regarding upcoming deadlines of annuities and provide recommendations regarding payment of same | .10 | 43.00 |
| 5/03/19 | EAG | Calendar follow up to email from N. January regarding upcoming deadlines of annuities | .10 | 43.00 |
| 5/06/19 | TXG | Correspondence to Jan Schlichtmann, Esq. regarding Sunstein invoices | .20 | 83.00 |
| 5/09/19 | EAG | Review status of patent matter no. 3326/121 | .20 | 86.00 |
| 5/09/19 | EAG | Email chart of updated patent deadlines to Attorney Schlichtmann | .10 | 43.00 |
| 5/09/19 | EAG | Update chart of upcoming deadlines for Biochemics patent matters | .50 | 215.00 |
| 5/09/19 | EAG | Update calendar regarding upcoming deadline for patent matter no. 3326/123 | .10 | 43.00 |
| 5/09/19 | EAG | Prepare and send email to Attorney Schlichtmann regarding upcoming deadline for patent matter no. 3326/123 | .10 | 43.00 |
| 5/09/19 | EAG | Review status of patent matter no. 3326/123 | .10 | 43.00 |
| 5/09/19 | EAG | Update calendar regarding deadline for patent matter no. 3326/118 | .10 | 43.00 |
| 5/09/19 | EAG | Prepare and send email to Attorney Schlichtmann regarding upcoming deadline for patent matter no. 3326/118 | .10 | 43.00 |
| 5/09/19 | EAG | Review outstanding deadline for patent matter 3326/118 | .10 | 43.00 |
| 5/09/19 | EAG | Prepare and send email to T. Garg with inquiry regarding incoming information from Attorney Schlichtmann pertaining to patent matters | .20 | 86.00 |
| 5/09/19 | EAG | Update calendar to reflect deadlines and outstanding paperwork for patent matter 3326/126 | .10 | 43.00 |
| 5/09/19 | EAG | Prepare and send email to Attorney Schlichtmann regarding upcoming deadline for ref. no. 3326/126 and outstanding paperwork for execution pertaining to same matter | .10 | 43.00 |
| 5/09/19 | EAG | Update calendar regarding upcoming deadlines for patent ref no. 3326/121 | .10 | 43.00 |
| 5/09/19 | EAG | Prepare and send email to Attorney Schlichtmann regarding upcoming deadline and advance payment required for ref. no. 3326/121 | .10 | 43.00 |
| 5/09/19 | TXG | Exchanged correspondence with Elizabeth Galletta, Esq. regarding upcoming deadlines and follow up with Jan Schlichtmann, Esq. | .30 | 124.50 |
| 5/13/19 | TXG | Exchanged correspondence with Elizabeth Russo regarding correspondence address | .20 | 83.00 |

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 5/16/19 | EAG | Check calendar regarding upcoming deadline for mater no. 3326/123 | .10 | 43.00 |
| 5/16/19 | EAG | Check calendar for deadline associated with matter no. 3326/126 | .10 | 43.00 |
| 5/16/19 | EAG | Check calendar for upcoming deadline associated with matter no. 3326/121 | .10 | 43.00 |
| 5/16/19 | EAG | Check calendar for deadline associated with matter no. 3326/118 | .10 | 43.00 |
| 5/16/19 | EAG | Email T. Garg regarding upcoming deadlines for patent matters and no comments from Attorney Schlichtmann | .10 | 43.00 |
| 5/16/19 | EAG | Call Attorney Schlichtmann and leave voicemail regarding upcoming deadlines for patent matters | .10 | 43.00 |
| 5/16/19 | EAG | Email Attorney Schlichtmann to follow up on voicemails and previous emails concerned with upcoming patent deadlines | .10 | 43.00 |
| 5/16/19 | TXG | Exchanged correspondence and telephone call from Elizabeth Galletta, Esq. regarding patent deadlines | .30 | 124.50 |
| 5/17/19 | EAG | Prepare and send email to M.DeGiacomo and T. Garg regarding non-response from Attorney Schlichtmann on patent matters | .10 | 43.00 |
| 5/17/19 | EAG | Read email from T. Garg on status of patent matters | .20 | 86.00 |
| 5/17/19 | EAG | Update calendar in view of email from T. Garg | .20 | 86.00 |
| 5/17/19 | EAG | Email Attorneys Schlichtmann and Garg with information about final deadline for matter no. 3326/121 | .10 | 43.00 |
| 5/17/19 | EAG | Read email from Attorney Schlichtmann on status of matter no. 3323/121 | .10 | 43.00 |
| 5/17/19 | EAG | Analyze material provided by Attorney Schlichtmann concerning upcoming deadline in matter no. 3326/121 (.3); compare claims pending in matter no. 3326/121 to granted claims in parent patent (.2) | .50 | 215.00 |
| 5/17/19 | EAG | Prepare and send email to T. Garg and M. DeGiacomo providing analysis of pending claims for matter no. 3326/121 as compared to granted parent patent and request input on how to proceed in view of upcoming deadline | .30 | 129.00 |
| 5/17/19 | MGD | E-mail to Attorney Schlichtmann regarding patent issue | .40 | 208.00 |
| 5/17/19 | TXG | Exchanged several correspondence with Elizabeth Galletta, Esq. regarding blood vessel patent application | .30 | 124.50 |
| 5/17/19 | TXG | Exchanged correspondence with Jan Schlichtmann, Esq. regarding filing of response to patent application | .30 | 124.50 |
| 5/20/19 | EAG | Discussion with M. DeGiacomo regarding status of patent matter ref. no. 3326/121 | .20 | 86.00 |
| 5/20/19 | EAG | Email Sunstein regarding costs associated with filing office action response for patent matter ref. no. 3326/121 | .10 | 43.00 |
| 5/20/19 | EAG | Email Attorney Schlichtmann regarding patent matter no. 3326/121 and recommendation to file response | .10 | 43.00 |
| 5/20/19 | EAG | Review email from Sunstein regarding costs associated with patent matter no. 3326/121 | .10 | 43.00 |
| 5/20/19 | EAG | Email instructions to Sunstein to proceed with response to office action for matter no. 3326/121 | .10 | 43.00 |
| 5/20/19 | EAG | Read email from Sunstein regarding instructions to respond to office action for matter no. 3326/121 | .10 | 43.00 |
| 5/20/19 | EAG | Check status of patent matter no. 3326/123 | .10 | 43.00 |

| Date | Atty | Description of Service | Hours | Amount |
|------|------|----------------------|-------|--------|
| 5/20/19 | EAG | Review status of patent matter no. 3326/126 | .10 | 43.00 |
| 5/20/19 | EAG | Review status of patent matter no. 3326/118 | .10 | 43.00 |
| 5/20/19 | EAG | Email Sunstein regarding status of 3326/126 and remind Sunstein of previous instructions to proceed in preparing response | .10 | 43.00 |
| 5/20/19 | EAG | Email Attorney Schlichtmann regarding outstanding office action for matter no. 3326/126 and request copies of executed declaration and assignment and confirmation of payment of advance to Sunstein to prepare response to office action | .20 | 86.00 |
| 5/20/19 | MGD | Conference with Elizabeth Galletta, Esq. re patent prosecutions | .20 | 104.00 |
| 5/20/19 | TXG | Reviewed correspondence between Elizabeth Galletta, Esq. and Christopher Lacenere, Esq. regarding response to application | .10 | 41.50 |
| 5/21/19 | EAG | Prepare and send email to Attorney Schlichtmann regarding status of executed assignment | .10 | 43.00 |
| 5/21/19 | EAG | Send email to C. Lacenere requesting phone call regarding patent matter no. 3326/121 | .10 | 43.00 |
| 5/21/19 | EAG | Attend to phone call with C. Lacenere regarding office action for patent matter no. 3326/121 | .40 | 172.00 |
| 5/21/19 | EAG | Call M. DiGiacomo regarding call with C. Lacenere | .10 | 43.00 |
| 5/21/19 | TXG | Reviewed correspondence from Elizabeth Galletta, Esq. and Jan Schlichtmann, Esq. regarding status of payments on outstanding IP matters | .40 | 166.00 |
| 5/22/19 | MGD | Call from Elizabeth Galletta, Esq. re patent issue | .50 | 260.00 |
| 5/22/19 | TXG | Reviewed correspondence from Nicole January of Sunstein regarding patent renewal application | .10 | 41.50 |
| 5/22/19 | TXG | Reviewed correspondence from Elizabeth Galletta, Esq. and Jan Schlichtmann, Esq. regarding payment of patent fees | .20 | 83.00 |
| 5/23/19 | TXG | Reviewed correspondence from Nicole January regarding annuity and maintenance fees due | .10 | 41.50 |
| 5/28/19 | TXG | Reviewed correspondence from Christopher Lacenere, Esq. regarding decision to grant and deadline for divisional application | .10 | 41.50 |
| 5/29/19 | EAG | Receive reminder from A. Mahan regarding upcoming deadline for annuity in Canadian patent matter | .10 | 43.00 |
| 5/29/19 | EAG | Email T. Garg regarding upcoming annuity in Canadian patent matter | .10 | 43.00 |
| 5/29/19 | EAG | Email Attorney Schlichtmann regarding upcoming annuity due in Canadian patent matter | .10 | 43.00 |
| 5/29/19 | EAG | Email A. Mahan instructions to pay upcoming annuity for Canadian patent matter | .10 | 43.00 |
| 5/29/19 | TXG | Correspondence with Elizabeth Galletta, Esq. regarding fee due on Canadian patent | .20 | 83.00 |
| 5/29/19 | TXG | Reviewed correspondence from Ann Marie Mahan regarding patent deadlines and Canadian patent | .20 | 83.00 |
| 5/30/19 | EAG | Email Attorney Schlichtmann requesting status of advance payment for matter no. 3326/121 | .10 | 43.00 |
| 5/30/19 | EAG | Receive and review email from C. Lacenere regarding allowance of matter no. 3326/109EP | .10 | 43.00 |
| 5/30/19 | EAG | Prepare and send email to C. Lacenere requesting information about divisional application in view of allowance of matter no. 3326/109EP | .10 | 43.00 |

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 5/30/19 | EAG | Update calendar for all outstanding patent matters handled by Sunstein | .20 | 86.00 |
| 5/30/19 | EAG | Email Attorney Schlichtmann with chart of upcoming deadlines and advance payment requirements for patent matters handled by Sunstein | .20 | 86.00 |
| 5/30/19 | EAG | Email to Attorneys Garg and DeGiacomo regarding allowance of matter no. 3326/109EP | .10 | 43.00 |
| 5/31/19 | EAG | Email to Attorneys Garg and DeGiacomo regarding upcoming deadline to file divisional application in EP for matter no. 3326/109EP | .10 | 43.00 |
| 5/31/19 | TXG | Reviewed correspondence from Denamarie D'Eramo regarding request for continued examination | .20 | 83.00 |
| 6/02/19 | EAG | Read email from Sunstein reporting response to office action for matter no. 3326/121 | .10 | 43.00 |
| 6/02/19 | EAG | Email J. Schlichtmann reporting response to office action for matter no. 3326/121 | .10 | 43.00 |
| 6/03/19 | EAG | Review calendar of upcoming due dates relating to patent matters | .10 | 43.00 |
| 6/03/19 | EAG | Call T. Garg regarding upcoming deadlines for patent matters | .10 | 43.00 |
| 6/03/19 | EAG | Email C. Lacenere regarding inquiry of recommendation to file divisional application for matter no. 3326/109EP | .10 | 43.00 |
| 6/03/19 | EAG | Read email from C. Lacenere with recommendation to file divisional application for matter no. 3326/109EP | .10 | 43.00 |
| 6/03/19 | EAG | Prepare and send email to J. Schlichtmann reporting granted patent, opportunity to file divisional application and deadline to do same, and recommendation to file divisional application | .20 | 86.00 |
| 6/03/19 | EAG | Email C. Lacenere with instructions to file divisional application for matter no. 3326/109EP | .10 | 43.00 |
| 6/03/19 | TXG | Telephone conference with Elizabeth Galletta, Esq. regarding filing of divisional patent; reviewed correspondence regarding same | .10 | 41.50 |
| 6/04/19 | EAG | Email C. Lacenere requesting call regarding matter no. 3326/120 | .10 | 43.00 |
| 6/04/19 | EAG | Call with C. Lacenere regarding issuance of patent for matter no. 3326/120 and recommendations regarding divisional or continuation application | .20 | 86.00 |
| 6/04/19 | EAG | Send email to C. Lacenere summarizing phone call regarding recommendation to not file divisional or continuation application for matter no. 3326/120 | .10 | 43.00 |
| 6/04/19 | EAG | Send email to J. Schlichtmann reporting issuance of US patent for matter no. 3326/120 and recommendation from C. Lacenere regarding not filing a continuation or divisional application | .10 | 43.00 |
| 6/04/19 | EAG | Phone call with C. Lacenere regarding upcoming deadline for patent matter no. 3326/118 | .10 | 43.00 |
| 6/04/19 | EAG | Send email to C. Lacenere summarizing phone call regarding patent matter 3326/118 and recommendation concerning outstanding office action | .10 | 43.00 |
| 6/04/19 | EAG | Update chart of upcoming patent matter deadlines | .30 | 129.00 |
| 6/04/19 | EAG | Email J. Schlichtmann updated chart of patent matter deadlines | .10 | 43.00 |
| 6/04/19 | MGD | Call to TG re outstanding patent maintenance issue | .20 | 104.00 |
| 6/04/19 | TXG | Correspondence with Receiver regarding outstanding IP matters | .20 | 83.00 |

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 6/04/19 | TXG | Reviewed multiple correspondence from Elizabeth Galletta, Esq. regarding filing of divisional patent and other patent issues | .30 | 124.50 |
| 6/05/19 | TXG | Reviewed correspondence from Kathryn Noll regarding Sunstein invoices | .10 | 41.50 |
| 6/06/19 | EAG | Send email to Attorney Schlichtmann regarding upcoming deadline for EP Divisional application for matter no. 3326/109EP | .10 | 43.00 |
| 6/06/19 | TXG | Reviewed correspondence from Elizabeth Galletta, Esq. regarding fee for filing divisional application | .10 | 41.50 |
| 6/07/19 | EAG | Receive and review email from J. Schlichtmann regarding payment of advance fee to Sunstein for filing of divisional for 3326/109EP | .10 | 43.00 |
| 6/07/19 | EAG | Email J. Schlichtmann regarding payment of advance fees to Sunstein regarding divisional application for 3326/109EP | .10 | 43.00 |
| 6/07/19 | EAG | Email C. Lacenere with instructions to proceed with divisional application and payment of advance has been sent for matter no. 3326/109EP | .10 | 43.00 |
| 6/07/19 | EAG | Receive confirmation email from C. Lacenere that divisional application will be filed for 3326/109EP | .10 | 43.00 |
| 6/07/19 | TXG | Reviewed correspondence from Jan Schlichtmann, Esq. and Elizabeth Galletta, Esq. regarding IP payment | .20 | 83.00 |
| 6/10/19 | TXG | Reviewed correspondence from Ann Marie Mahan regarding renewal of annuity | .10 | 41.50 |
| 6/11/19 | EAG | Read email from Nields Lemack with chart of patent and trademark matters handled for Biochemics | .20 | 86.00 |
| 6/11/19 | EAG | Review USPTO records of trademark matters handled by Nields Lemack | .30 | 129.00 |
| 6/11/19 | EAG | Prepare and send email to J. Schlichtmann with information regarding patent and trademark matters handled by Nields Lemack and request information from J. Schlichtmann regarding upcoming deadline for trademark of DERMA-RELEASE | .30 | 129.00 |
| 6/11/19 | EAG | Prepare and send email to A. Mahan requesting information regarding upcoming deadlines for trademark and patent matters | .20 | 86.00 |
| 6/11/19 | TXG | Reviewed correspondence from Elizabeth Galletta, Esq. regarding trademark issues | .10 | 41.50 |
| 6/11/19 | TXG | Reviewed correspondence from Elizabeth Galletta, Esq. regarding chart of pending IP matters | .10 | 41.50 |
| 6/12/19 | EAG | Receive and review email from C. Lacenere regarding final office action for matter no. 3326/121 | .10 | 43.00 |
| 6/12/19 | TXG | Reviewed correspondence from Christopher Lacenere, Esq. regarding final office action | .10 | 41.50 |
| 6/14/19 | EAG | Calendar deadline for responding to office action for matter no. 3326/121 | .10 | 43.00 |
| 6/14/19 | EAG | Check status of matter no. 3326/121 and download pending claims | .20 | 86.00 |
| 6/14/19 | EAG | Email C. Lacenere requesting recommendation and advance payment needed to respond to office action for matter no. 3326/121 | .10 | 43.00 |
| 6/14/19 | EAG | Email J. Schlichtmann regarding office action for matter no. 3326/121 | .10 | 43.00 |
| 6/14/19 | TXG | Reviewed correspondence from Christopher Lacenere and Daniel Cohn, Esq. regarding IP matters | .20 | 83.00 |
| 6/15/19 | EAG | Preparation of chart regarding status of Sunstein patent matters | .40 | 172.00 |

| Date | Atty | Description of Service | Hours | Amount |
|------|------|----------------------|-------|--------|
| 6/19/19 | EAG | Check status of outstanding office actions in patent matters | .40 | 172.00 |
| 6/19/19 | EAG | Update calendar to reflect upcoming deadlines of patent matter | .30 | 129.00 |
| 6/19/19 | EAG | Call M. DeGiacomo regarding status of patent matters and non-response from J. Schlichtmann on payment of advances to Sunstein | .10 | 43.00 |
| 6/19/19 | EAG | Email J. Schlichtmann updated chart of upcoming deadlines and advances due to Sunstein to proceed with responses | .10 | 43.00 |
| 6/19/19 | EAG | Receive and review email from J. Schlichtmann regarding payment of advances to Sunstein | .20 | 86.00 |
| 6/19/19 | EAG | Prepare and send instructions to C. Lacenere to prepare and file response to office action for matter no. 3326/126 | .20 | 86.00 |
| 6/19/19 | EAG | Prepare and send email with instructions to C. Lacenere to prepare and file a response to matter no. 3326/118 | .20 | 86.00 |
| 6/19/19 | EAG | Prepare and send email to C. Lacenere with instructions to prepare and file response to office action for matter no. 3326/123 | .20 | 86.00 |
| 6/19/19 | EAG | Update calendar in view of instructions provided to C. Lacenere regarding matter no. 3326/126 | .10 | 43.00 |
| 6/19/19 | EAG | Update calendar in view of instructions provided to C. Lacenere regarding office action for matter no. 3326/118 | .10 | 43.00 |
| 6/19/19 | EAG | Update calendar in view of instructions provided to C. Lacenere regarding filing response for matter no. 3326/123 | .10 | 43.00 |
| 6/19/19 | TXG | Reviewed multiple correspondence from Jan Schlichtmann, Esq. and Elizabeth Galletta, Esq. regarding IP matters and payments to Sunstein | .40 | 166.00 |
| 6/20/19 | TXG | Reviewed correspondence from Lemack firm regarding outstanding invoices | .20 | 83.00 |
| 6/24/19 | TXG | Reviewed correspondence from Christopher Lacenere, Esq. regarding issuance of European patent and abandonment of application | .10 | 41.50 |
| 6/25/19 | EAG | Receive and review email from C. Lacenere regarding status of matter no. 3326.116CA | .20 | 86.00 |
| 6/25/19 | EAG | Review notice of abandonment received in connection with matter no. 3326/116CA and confirm instructions of abandonment were sent | .20 | 86.00 |
| 6/25/19 | EAG | Report notice of abandonment of matter no. 3326/116CA to J. Schlichtmann | .10 | 43.00 |
| 6/25/19 | EAG | Read email from Sunstein regarding grant of EP application for matter no. 3326/111EP | .20 | 86.00 |
| 6/25/19 | EAG | Email Sunstein with inquiries regarding annuities and deadlines to pay same for matter no. 3326/111EP | .10 | 43.00 |
| 6/25/19 | EAG | Report grant of EP patent for matter no. 3326/111 to J. Schlichtmann | .10 | 43.00 |
| 6/25/19 | EAG | Calendar annuity deadline for matter no. 3326/111EP | .10 | 43.00 |
| 6/25/19 | EAG | Receive and review email from Sunstein regarding filing of response to office action from matter no. 3326/118 | .20 | 86.00 |
| 6/25/19 | EAG | Report response to office action as filed for matter no. 3326/118 to J. Schlichtmann | .10 | 43.00 |
| 6/25/19 | EAG | Email Sunstein regarding status of response to office action for matter no. 3326/126 | .10 | 43.00 |
| 6/25/19 | TXG | Reviewed numerous correspondence from Elizabeth Galletta, Esq. regarding IP maintenance payments and other issues | .20 | 83.00 |

| Date | Atty | Description of Service | Hours | Amount |
|------|------|----------------------|-------|--------|
| 6/27/19 | TXG | Reviewed correspondence from Sunstein regarding confirmation of filing of response | .20 | 83.00 |
| | | **Total** | **40.10** | **$ 17,029.00** |

**Asset Analysis (Non-IP)**

**PROFESSIONAL SERVICES**

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 4/08/19 | TXG | Exchanged correspondence with Jan Schlichtmann, Esq. regarding landlord settlement issue | .20 | 83.00 |
| 4/09/19 | TXG | Telephone conference with Attorney David Baker regarding landlord settlement | .20 | 83.00 |
| 4/10/19 | TXG | Exchanged correspondence with Jan Schlichtman, Esq. regarding landlord funds | .30 | 124.50 |
| 4/23/19 | TXG | Correspondence to Jan Schlichtmann, Esq. regarding landlord settlement and release of trustee process funds | .20 | 83.00 |
| 4/24/19 | TXG | Exchanged email correspondence with Jan Schlichtmann regarding trustee process funds | .30 | 124.50 |
| 4/25/19 | TXG | Reviewed correspondence from David Baker, Esq. regarding trustee process funds | .10 | 41.50 |
| 5/10/19 | TXG | Exchanged correspondence with Attorney David Baker regarding status of trustee process funds | .20 | 83.00 |
| 5/28/19 | MGD | Review First Circuit decision regarding Axis Reinsurance | 1.60 | 832.00 |
| 6/21/19 | TXG | Exchanged correspondence with Eastern Bank representative regarding trustee process funds | .20 | 83.00 |
| | | **Total** | **3.30** | **$ 1,537.50** |

**ADEC**

**PROFESSIONAL SERVICES**

| Date | Atty | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 4/02/19 | MGD | Review ADEC Reply in Support of Request for Fees | .30 | 156.00 |
| 4/02/19 | TXG | Reviewed ADEC Reply In Support of Request for Attorneys' Fees | .20 | 83.00 |
| 4/25/19 | TXG | Prepared and finalized Notice of Appearance | .40 | 166.00 |
| 5/28/19 | MGD | Review recent e-mails regarding ADEC decision to go forward | .40 | 208.00 |
| 6/13/19 | MGD | Review Attorney Schlichtmann's Motion to Quash Subpoena and Memorandum in Support filed in Inpellis case | .80 | 416.00 |
| 6/17/19 | MGD | Review ADEC Objection to Motion to Quash | .40 | 208.00 |
| 6/19/19 | MGD | Call with TG re tomorrow's hearing | .30 | 156.00 |
| 6/20/19 | MGD | Prepare for Inpellis hearing | .90 | 468.00 |
| 6/20/19 | MGD | Attend Inpellis hearing | 1.60 | 832.00 |
| 6/21/19 | MGD | Call to Attorney Howard Cooper re meeting on Monday re document requests | .20 | 104.00 |
| 6/21/19 | MGD | E-mail exchange with Attorney Howard Cooper re updated document request | .30 | 156.00 |
| 6/24/19 | MGD | E-mail exchange with Attorney Joe Cacace (Attorney for ADEC) re revised document requests | .30 | 156.00 |
| 6/24/19 | MGD | Prepare for meeting with Attorney Howard Cooper and Trustee Aquino | 2.10 | 1,092.00 |
| 6/24/19 | MGD | Call from Trustee Aquino re meeting with Attorney Cooper and Trustee Aquino | .50 | 260.00 |
| 6/24/19 | MGD | Attend meeting with Attorney Cooper and Trustee Aquino | 1.90 | 988.00 |
| | | **Total** | **10.60** | **$ 5,449.00** |

**CASE ADMINISTRATION**

**PROFESSIONAL SERVICES**

| <u>Date</u> | <u>Atty</u> | <u>Description of Service</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 4/02/19 | TXG | Telephone call from investor, Derek Slaughter | .10 | 41.50 |
| 4/04/19 | MGD | Call from Tom Rafftery (Series E investor) | .40 | 208.00 |
| 4/05/19 | TXG | Telephone conference with investor Derek Slaughter regarding status of case | .30 | 124.50 |
| 4/05/19 | TXG | Telephone call to Receiver regarding deadlines for quarterly report and status of sale negotiations | .10 | 41.50 |
| 4/08/19 | TXG | Exchanged correspondence with Robert Doherty regarding status | .20 | 83.00 |
| 4/16/19 | MGD | E-mail with investor Joseph Profaci | .30 | 156.00 |
| 4/16/19 | MGD | Call from Jack Taylor (Series E) | .30 | 156.00 |
| 4/17/19 | MGD | Call with Attorney David London | .40 | 208.00 |
| 4/23/19 | MGD | Call from Kathy Shields and David London | .30 | 156.00 |
| 4/23/19 | TXG | Reviewed correspondence from Robert Doherty, investor, regarding status | .10 | 41.50 |
| 4/24/19 | TXG | Exchanged email correspondence with Robert Doherty, investor, regarding progress of sale efforts | .20 | 83.00 |
| 4/26/19 | TXG | Prepared draft Quarterly Report | 1.20 | 498.00 |
| 4/29/19 | MGD | Prepare Second Quarterly Report | .70 | 364.00 |
| 4/29/19 | TXG | Revised and finalized Quarterly Status Report and coordinated service thereof | .70 | 290.50 |
| 4/29/19 | TXG | Reviewed correspondence from investors regarding Quarterly Status Report | .20 | 83.00 |
| 4/30/19 | MGD | Call with SEC regarding status | .40 | 208.00 |
| 5/01/19 | TXG | Exchanged correspondence with Alix Michel, investor, regarding his Series E interest | .20 | 83.00 |
| 5/01/19 | TXG | Exchanged correspondence with Jan Schlichtmann, Esq. regarding Alix Michel interest as Series E shareholder | .20 | 83.00 |
| 5/08/19 | TXG | Reviewed storage invoice | .10 | 41.50 |
| 5/10/19 | MGD | Review creditors and equity holders comments and questions regarding case | .30 | 156.00 |
| 5/10/19 | TXG | Reviewed multiple correspondence from investors regarding Canadian entity | .30 | 124.50 |
| 5/10/19 | TXG | Exchanged multiple correspondence with Robert Doherty regarding status of sale | .30 | 124.50 |
| 5/10/19 | TXG | Correspondence to Elizabeth Russo regarding storage invoice | .10 | 41.50 |
| 5/11/19 | TXG | Reviewed multiple correspondence from investors and Jan Schlichtmann, Esq. | .20 | 83.00 |
| 5/13/19 | TXG | Exchanged correspondence with Paul Gianaris, investor, regarding correspondence | .20 | 83.00 |
| 5/14/19 | MGD | Call from stockholder Barbara Hammond | .50 | 260.00 |
| 6/07/19 | TXG | Exchanged correspondence with Robert Doherty regarding status | .20 | 83.00 |
| 6/12/19 | MGD | Call with TG re creditor request for telephonic conference | .30 | 156.00 |
| 6/12/19 | MGD | E-mails to parties in interest re conference call request | .40 | 208.00 |
| 6/12/19 | TXG | Reviewed multiple correspondence from investors regarding call | .30 | 124.50 |
| 6/12/19 | TXG | Telephone conference with Receiver regarding call with investors | .30 | 124.50 |

| Date | Atty | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 6/13/19 | MGD | Call with TG re conference call with creditors | .30 | 156.00 |
| 6/13/19 | MGD | E-mail correspondence to creditors and equity holders re conference call | .20 | 104.00 |
| 6/13/19 | TXG | Telephone conference with Receiver regarding call with investors | .30 | 124.50 |
| 6/13/19 | TXG | Reviewed correspondence from Receiver regarding call with investors and numerous responses from investors regarding same | .40 | 166.00 |
| 6/17/19 | MGD | Prepare for call with Series E investor | .30 | 156.00 |
| 6/17/19 | TXG | Telephone conference with Receiver regarding investor call | .40 | 166.00 |
| 6/17/19 | TXG | Exchanged correspondence with investors regarding conference call with Receiver | .40 | 166.00 |
| 6/18/19 | MGD | Call from Susan Monico (shareholder) | .50 | 260.00 |
| 6/18/19 | TXG | Exchanged telephone calls and email correspondence with investor Paul Gianaris regarding call with Receiver | .30 | 124.50 |
| 6/18/19 | TXG | Exchanged correspondence with investors regarding call with Receiver | .20 | 83.00 |
| 6/19/19 | MGD | Prepare for call with Series E investor | .40 | 208.00 |
| 6/19/19 | MGD | Call with Series E investor | .60 | 312.00 |
| 6/19/19 | TXG | Conference call with investors and receiver | .60 | 249.00 |
| 6/19/19 | TXG | Telephone conference with Receiver regarding call with investors | .50 | 207.50 |
| 6/19/19 | TXG | Correspondence to investors regarding information for call with Receiver | .20 | 83.00 |
| 6/20/19 | MGD | Call with TG re Rule 2004 Examination and trusteed funds | .40 | 208.00 |
| 6/20/19 | MGD | Call from attorney for Series E creditor | .30 | 156.00 |
| 6/21/19 | MGD | Call from Steven Israel (Series E) re other defendants in SEC case | .40 | 208.00 |
| | | **Total** | **16.50** | **$ 7,656.00** |

**<u>EXHIBIT E</u>**

[BIOCHEMICS, INC. –RECEIVERSHIP]
## SUMMARY OF TIME SPENT BY TIMEKEEPER

I.     **ASSET ANALYSIS – INTELLECTUAL PROPERTY**

| Timekeeper: | Rate: | Hours: | Fees: |
|---|---|---|---|
| Mark G. DeGiacomo (MGD) | $520 per hour | 56.40 | $29,328.00 |
| Taruna Garg (TXG) | $415 per hour | 1.90 | 788.50 |
| **TOTAL:** | | **58.30** | **$30,116.50** |

II     **ASSET MAINTENANCE**

| Timekeeper: | Rate: | Hours: | Fees: |
|---|---|---|---|
| Mark G. DeGiacomo (MGD) | $520 per hour | 1.90 | $  988.00 |
| Taruna Garg (TXG) | $415 per hour | 12.60 | 5,229.00 |
| Elizabeth A. Galetta (EAG) | $430 per hour | 24.90 | 10,707.00 |
| Aumee M. Soucy | $150 per hour | .70 | 105.00 |
| **TOTAL:** | | **40.10** | **$17,029.00** |

III.    **ASSET ANALYSIS NON-IP**

| Timekeeper: | Rate: | Hours: | Fees: |
|---|---|---|---|
| Mark G. DeGiacomo (MGD) | $520 per hour | 1.60 | $832.00 |
| Taruna Garg (TXG) | $415 per hour | 1.70 | 705.50 |
| **TOTAL:** | | **3.30** | **$1,537.50** |

IV.    **ADEC**

| Timekeeper: | Rate: | Hours: | Fees: |
|---|---|---|---|
| Mark G. DeGiacomo (MGD) | $520 per hour | 10.00 | $5,200.00 |
| Taruna Garg (TXG) | $415 per hour | .60 | 249.00 |
| **TOTAL:** | | **10.60** | **$5,449.00** |

V.     **CASE ADMINISTRATION**

| Timekeeper: | Rate: | Hours: | Fees: |
|---|---|---|---|
| Mark G. DeGiacomo (MGD) | $520 per hour | 7.70 | $4,004.00 |
| Taruna Garg (TXG) | $415 per hour | 8.80 | 3,652.00 |
| **TOTAL:** | | **16.50** | **$7,656.00** |