UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br><br>v.<br><br>BIOCHEMICS, INC., JOHN J. MASIZ, CRAIG MEDOFF and GREGORY S. KRONING,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 12-12324-MLW |

**FOURTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND EXPENSES OF THE RECEIVER AND MURTHA CULLINA, LLP**

Mark G. DeGiacomo, (the "Receiver") hereby files, on behalf of himself and his law firm Murtha Cullina, LLP (together referred to herein as the "Applicant"), this Application pursuant to this Court's Order dated October 9, 2019 and the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission (the "Billing Instructions"), seeking compensation in the total amount of $126,619.60 for services rendered and $5,333.07 in expenses incurred from July 1, 2019 through September 30, 2019[1] (the "Application Period"). This amount sought for fees is 80% of the time incurred during the Application Period. Per the Receiver's agreement with the Securities and Exchange Commission, the remaining 20% of fees will be held back until the filing of a Final Fee Application.

In support of this Application, the Receiver states as follows:

1. On June 28, 2018, the plaintiff, Securities and Exchange Commission ("SEC") filed a Motion to Appoint a Receiver (Dkt. No. 423) of defendant Biochemics, Inc. ("Biochemics") and its related party, the Shareholder Resolution Trust.

---

[1] A time entry for May 6, 2018 and a time entry for June 13, 2018 are included in this Fee Application as part of the Application Period. Both entries had mistakenly been entered for another case.

10294932v2

2.  On October 9, 2018, the Court entered an Order (Dkt. No. 452) granting the SEC's Motion and appointed the Receiver (the "Receiver Order"). The Receiver's services commenced that day.

3.  The Receiver Order requires that "[t]he Receiver shall assume control of all Receivership Assets." Receiver Order ¶ 5. "Receivership Assets" are defined by the Receiver Order as "all property of whatever kind and wherever situated, of defendant Biochemics, Inc., as well as property of the Shareholder Resolution Trust in which the Commission has first-priority security interests." Receiver Order ¶ 1

4.  On October 25, 2018, this Court entered an Order allowing the Receiver's Motion to Employ Murtha Cullina, LLP as his counsel.

5.  Paragraph 57 of the Receiver Order provides as follows:

    > Within 45 days after the end of each calendar quarter, the Receiver and Retained Personnel shall apply to the Court for compensation and expense reimbursement from the Receivership Assets (the "Quarterly Fee Application").

6.  This is the Applicant's Fourth Interim Fee Application.

7.  On March 5, 2019, this Court entered an Order approving the Receiver's First Interim Fee Application which sought fees in the amount of $80,181.60 and reimbursement of expenses in the amount of $665.51.

8.  On September 5, 2019, this Court entered an Order approving the Receiver's Second Interim Fee Application which sought fees in the amount of $66,999.60 and reimbursement of expenses in the amount of $54.36.

9.  On September 5, 2019, this Court entered an Order approving the Receiver's Third Interim Fee Application which sought fees in the amount of $49,430.40.

10. The following information is attached to this Application:

| | |
|---|---|
| **Exhibit A:** | **SEC Standardized Fund Accounting Report** |
| **Exhibit B:** | **Certification of Receiver** |
| **Exhibit C:** | **Summaries of Administration** |
| **Exhibit D:** | **Time Records** |
| **Exhibit E:** | **Summary of Time** |
| **Exhibit F:** | **Summary of Expenses** |

11. The Receiver has collected the amount of $441,305.23 (the "Funds") and is holding $100,000 as a possible contribution toward the payment of marketing expenses and $200,000 as a deposit on a possible asset purchase agreement (the "Deposits"). The Funds were turned over from the District Court Registry and the Deposits were transferred from Biophysics Pharma, Inc. ("BPI"), a possible purchaser of Biochemics' intellectual property. All amounts are being held in an interest bearing account. No amounts have been disbursed other than to pay the Receiver's approved Interim Fee Applications. The Funds are unencumbered. To the best of the Receiver's knowledge, no administrative expenses have accrued (other than those sought by this Application).

12. Pursuant to the authority granted by this Court on October 25, 2018, the Receiver employed Verdolino & Lowey ("V&L") as his accountants.

13. On March 5, 2019, this Court entered an Order approving the Receiver's Motion seeking to employ Sunstein, Kann Murphy & Timbers, LLP and Nields, Lemack & Frame, LLC, as special intellectual property counsel (the "IP Firms").

14. V&L has done little or no work as of the date of this Application and the IP Firms are being paid by BPI.

15. A list of creditors was supplied to the Receiver by Biochemics. On November 2, 2018, this Court entered an Order approving the Receiver's Motion to Limit Notice. In accordance with that Order, all known creditors were advised that, if they forwarded a request to the Receiver, they would be served with all filings made by the Receiver with this Court.

10294932v2

16. The claims filing and review procedure has not begun. It is anticipated that the claims filing and review procedure will start once the Receivership Assets, including the Intellectual Property, are liquidated at which point it will be clear if any dividend will be available to general unsecured creditors.

17. Summaries of the work done by the Applicant during the Application Period are attached hereto as Exhibit C.

18. At this point, the Receiver is unable to predict when this case will close.

19. The fees and expenses sought by this Application were incurred in the best interests of the fair distribution of the Receivership Assets.

20. With the exception of the Billing Instructions, the Applicant has not entered into any agreement, written or oral, express or implied, with any person or entity concerning the amount of compensation paid or to be paid from the Receivership Assets, or any sharing thereof.

21. At this point the Receiver has determined that this estate holds the following assets:

| **Asset** | **Value** |
| --- | --- |
| Intellectual Property | Unknown |
| Registry Funds[2] | $242,026.10 |
| Recovered Trustee funds in Rosewood case | $4,145.03 |
| Deposit (For Marketing) | $100,000.00 |
| Deposit (Possible APA) | $200,000.00 |
| Interest Income | $343.67 |

22. The Receiver is currently investigating what (if any) claims he holds against third parties.

---

[2] The original amount turned over from the Registry Fund was $441,305.23.

10294932v2

WHEREFORE, the Receiver requests an Order authorizing the payment of compensation in the amount of $126,619.60 for services rendered and $5,333.07 in expenses incurred in this matter during the Application Period.

Respectfully submitted,

/s/ Mark G. DeGiacomo
Mark G. DeGiacomo, Receiver
Murtha Cullina, LLP
99 High Street, 20th Floor
Boston, MA 02110
(617) 451-4000 Telephone
(617) 482-3868 Facsimile

Dated: October 15, 2019

10294932v2