```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE       )
COMMISSION,                   )
     Plaintiff,               )
                              )
     v.                       )   C.A. No. 12-12324-MLW
                              )
BIOCHEMICS, INC., JOHN J.     )
MASIZ, AND GREGORY S.         )
KRONING,                      )
     Defendants.              )
```

MEMORANDUM AND ORDER

WOLF, D.J.                                              May 5, 2020

The court has reviewed each of the motions for compensation filed by the court-appointed Receiver for BioChemics, Inc.: the November 12, 2019 Fourth Interim Application for Allowance of Compensation and Expenses (Dkt. No. 575) (requesting $126,619.60 in fees and $5,333.07 in expenses); the January 23, 2020 Fifth Interim Application for Allowance of Compensation and Expenses (Dkt. No. 594) (requesting $61,703.20 in fees and $5,110.10 in expenses); and the April 27, 2020 Sixth interim Application for Allowance of Compensation and Expenses (Dkt. No. 612) (requesting $29,384.40 in fees and $0 in expenses). For each motion, the Securities and Exchange Commission ("SEC") states that it has reviewed a draft of the motion and supporting records, negotiated revisions of the Receiver's requested amounts, and found that the amounts now requested are reasonable and include the 20% holdback approved by the court in the Order Appointing Receiver (Dkt. No.

452, ¶59).[1] See Dkt. Nos. 577, 596, 614. Therefore, the SEC consents to payment of the requested fees and expenses. The parties and ADEC Private Equity Investments, LLC have not objected to any of the requests. The court finds each of the requests to be reasonable.

Accordingly, it is hereby ORDERED that:

1. The Receiver's Motion for Order to Grant Fourth Interim Application for Allowance of Compensation and Expenses (Dkt. No. 575) is ALLOWED.

2. The Receiver's Motion for Order to Grant Fifth Interim Application for Allowance of Compensation and Expenses (Dkt. No. 594) is ALLOWED.

3. The Receiver's Motion for Order to Grant Sixth Interim Application for Allowance of Compensation and Expenses (Dkt. No. 612) is ALLOWED.

4. $228,150.37 shall be paid to the Receiver from the Receivership Assets.

---

[1] In the Receiver's Motion for Order to Grant Fifth Interim Application for Allowance of Compensation and Expenses (Dkt. No. 594), he states two different amounts that he is requesting that the court approve. Compare id. at 1 (requesting $61,703.20), with id. at 5 (requesting $61,992.80 for services rendered). As the SEC in its Response stated that it was consenting to payment of $61,703.20 for services rendered, the court assumes the Receiver intended to request that amount.

3

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE