# United States Court of Appeals
## For the First Circuit

No. 20-1177

US SECURITIES & EXCHANGE COMMISSION,

Plaintiff - Appellee,

v.

JOHN J. MASIZ,

Defendant - Appellant,

BIOCHEMICS, INC.; CRAIG MEDOFF; GREGORY S. KRONING,

Defendants.

**ORDER OF COURT**

Entered: June 12, 2020
Pursuant to 1st Cir. R. 27.0(d)

This court has docketed plaintiff-appellant John C. Masiz's notice of appeal from the memorandum and order that entered on January 17, 2020, in No. 1:12-cv-12324-MLW (D. Mass.).

On February 7, 2020, appellant filed a motion to alter or amend the January 17, 2020 memorandum and order (Dkt. No. 602). Pursuant to Fed. R. App. P. 4 (a)(4)(B), the notice of appeal from the January 17, 2020 order does not become effective until the district court disposes of the pending Rule 59 and 60 motion.

Therefore, appellant is directed to file a status report by **July 13, 2020** and at thirty-day intervals thereafter, informing this court of any action taken by the district court on the pending motion.

Failure to comply with this order may lead to dismissal of this appeal for lack of diligent prosecution. 1st Cir. R. 3.0(b). Once the district court rules on the pending motion, it is directed to forward its decision(s) to this court forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Donald Campbell Lockhart; Martin F. Healey; David H. London; Kathleen Burdette Shields; Jan Richard Schlichtmann; John A. Sten; Michael P. Angelini; Douglas Thomas Radigan; Francis J. DiMento Sr.; Craig Medoff; Keith L. Sachs; Orestes G. Brown; Peter Sabin Willett; Jonathan M. Albano; Howard M. Cooper; Elizabeth M. Bresnahan; Joseph M. Cacace; Donald F. Farrell Jr.; Mark G. DeGiacomo; Taruna Garg; Michael J. Fencer