UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>    v.<br><br>BIOCHEMICS, INC., JOHN J. MASIZ, AND GREGORY S. KRONING,<br>    Defendants. | C.A. No. 12-12324-MLW |
| ADEC PRIVATE EQUITY INVESTMENTS, LLC,<br>    Plaintiff,<br><br>    v.<br><br>BIOCHEMICS, INC., JAN SCHLICHTMANN, ZHEN ZHU, Ph.D., and JOHN MASIZ,,<br>    Defendants. | C.A. No. 19-11916-MLW |
| In re INPELLIS, INC. et al | C.A. No. 19-12003-MLW |

ORDER

WOLF, D.J.                                                June 30, 2020

As the parties reported they agreed in their June 22, 2020 Status Report in SEC v. BioChemics, Inc., No. 12-cv-12324-MLW (Dkt. No. 618), the following motions are hereby WITHDRAWN in the respective cases[1]: (1) the Motion for Partial Withdrawal of

---

[1] SEC v. Biochemics, Inc., No. 12-cv-12324-MLW (D. Mass. filed Dec. 14, 2012) (the "SEC Action"); ADEC Private Equity Investments, LLC v. Biochemics, Inc., No. 19-cv-11916-MLW (D. Mass. filed Sept. 6, 2019) (the "Withdrawal Action"); In re Inpellis, Inc., No. 19-cv-12003-MLW (D. Mass. filed Sept. 20, 2019) (the "Appeal Action").

Reference Limited to ADEC Private Equity Investments, LLC's ("ADEC") Adverse Use of Federal Rule of Bankruptcy Procedure 2004 (Withdrawal Action Dkt. Nos. 1, 6); (2) the Motion for Leave to Appeal the Bankruptcy Court's 9-6-19 Order (Appeal Action Dkt. No. 4); (3) the Motion to Compel ADEC to Correct the Record Regarding ADEC's False Accusations that Defendants Engaged in Crime & Fraud and ADEC's Motion for Sanctions (SEC Action Dkt. No. 568; Withdrawal Action Dkt. No. 11; Appeal Action Dkt. No. 9); (4) ADEC's Motion for Sanctions (SEC Action Dkt. No. 572; Withdrawal Action Dkt. No. 13; Appeal Action Dkt. No. 12); and (5) the Joint Motions to Stay Proceedings for 45 Days for Mediation (SEC Action Dkt. No. 580; Withdrawal Action Dkt. No. 17; Appeal Action Dkt. No. 16).

In addition, because the Withdrawal Action has already been transferred to this session, ADEC's Motion for Leave to File a Reply on the Motion to Transfer the Withdrawal Action (Withdrawal Action Dkt. No. 9) is MOOT.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE