UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>BIOCHEMICS, INC., JOHN J. MASIZ, CRAIG MEDOFF, AND GREGORY S. KRONING,<br><br>    Defendants. | C.A. No. 12-12324-MLW |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>INPELLIS, INC.,<br><br>    Debtor. | Chapter 7<br><br>Case No. 18-12844-CJP |

**SUPPLEMENTAL JOINT STATUS REPORT OF RECEIVER AND CHAPTER 7 TRUSTEE**

Mark G. DeGiacomo, the court-appointed receiver (the "Receiver") of BioChemics, Inc. ("BioChemics") and John Aquino, the Chapter 7 trustee (the "Trustee") of Inpellis, Inc. ("Inpellis") hereby submit this joint status report and respectfully state as follows:

In the Joint Status Report filed in these cases on October 9, 2020, the Trustee and Receiver indicated that the parties were documenting the transactions described therein and expressed the belief that approval pleadings would be completed and filed by today, October 16, 2020. Although the transactions remain on track, final pleadings have required more time to

finalize than originally estimated.  As such, the Trustee and Receiver believe that it is more likely that pleadings will be filed in the middle of the upcoming week (week of October 19).

Respectfully submitted,

| | |
|---|---|
| MARK G. DEGIACOMO, RECEIVER OF BIOCHEMICS, INC., | JOHN J. AQUINO, CHAPTER 7 TRUSTEE OF INPELLIS, INC., |
| By his attorneys, | By his counsel, |
| */s/ Jonathan M. Horne* <br> Mark G. DeGiacomo, Esq. BBO #118170 <br> Jonathan M. Horne, Esq. BBO # 673098 <br> MURTHA CULLINA LLP <br> 99 High Street <br> Boston, MA  02110 <br> 617-457-4000 Telephone <br> 617-482-3868 Facsimile <br> mdegiacomo@murthalaw.com <br> jhorne@murthalaw.com | */s/ Donald F. Farrell, Jr.* <br> Donald F. Farrell, Jr. BBO#159580 <br> ANDERSON AQUINO LLP <br> 240 Lewis Wharf <br> Boston, MA 02110 <br> 617-723-3600 <br> dff@andersonaquino.com |

Dated:  October 16, 2020.

### CERTIFICATE OF SERVICE

I, Donald F. Farrell, Jr., hereby certify that on the 16th day of October, 2020, I caused to be served a copy of the forgoing document to the parties receiving notice through the Court's ECF system.

*/s/ Donald F. Farrell, Jr.*
Donald F. Farrell, Jr. (BBO 159580)
ANDERSON AQUINO LLP
240 Lewis Wharf
Boston, MA 02110
617-723-3600
dff@andersonaquino.com