UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff, | )<br>)<br>)<br>) | |
| v. | )<br>) | C.A. No. 12-12324-MLW |
| BIOCHEMICS, INC., JOHN J. MASIZ, CRAIG MEDOFF AND GREGORY S. KRONING,<br>    Defendants. | )<br>)<br>)<br>) | |

ORDER

WOLF, D.J.                                                                                  January 6, 2021

In view of plaintiff Securities and Exchange Commission's Response to the Receiver's Eighth Interim Fee Application (Dkt. No. 704) and the court's evaluation of the Application, it is hereby ORDERED that:

1. The Eighth Interim Application for Allowance of Compensation and Expenses of the Receiver and Murtha Cullina, LLP (Dkt. No. 700) is ALLOWED.

2. The Receiver is authorized to pay compensation in the amount of $65,278.40 for services rendered and $2,069.46 in expenses incurred in this matter during the Application Period, the amount paid for Asset Maintenance to be paid from the Patent Maintenance funds.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE