UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>      Plaintiff,<br><br>v.<br><br>BIOCHEMICS, INC., JOHN J. MASIZ, CRAIG MEDOFF and GREGORY S. KRONING,<br>      Defendants. | CIVIL ACTION NO. 12-12324-MLW |

### RECEIVER'S STATUS REPORT

Mark G. DeGiacomo, the court-appointed receiver of Biochemics, Inc. (the "Receiver") hereby submits this Status Report in accordance with this Court's Order dated January 14, 2021.

  1.  On January 6, 2021, this Court entered an Order allowing the Motion filed by the Securities and Exchange Commission (the "SEC") for the Establishment of a Fair Fund which sought, among other things, an order authorizing the SEC to transfer the funds it is holding to the Receiver for distribution.

  2.  The Receiver has completed a draft of his Motion for the Entry of an Order Authorizing a Plan of Distribution (the "Motion to Approve") which is currently being reviewed by the SEC.

  3.  Immediately upon receiving the consent of the SEC to the form of the Motion to Approve, the Receiver will file the Motion to Approve with the Court.

  4.  Upon the entry of an Order by this Court approving a Plan of Distribution, the Receiver will immediately make the approved distribution and the receivership can be terminated.

11243126v1

2

                                        Respectfully submitted,

                                        /s/ Mark G. DeGiacomo
                                        Mark G. DeGiacomo, Receiver
                                        Murtha Cullina LLP
                                        99 High Street, 20th Floor
                                        Boston, MA 02110
                                        (617) 457-4000 Telephone
                                        (617) 482-3868 Facsimile
Date:   January 22, 2021                  mdegiacomo@murthalaw.com