UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>BIOCHEMICS, INC., JOHN J. MASIZ, CRAIG MEDOFF, and GREGORY S. KRONING,<br>    Defendants. | C.A. No. 12-12324-MLW |

ORDER

WOLF, D.J.                                                       February 12, 2021

The court has reviewed the Ninth Interim Application for Allowance of Compensation and Expenses filed by the court-appointed Receiver for BioChemics, Inc., requesting $39,162.40 in fees and $734.15 in expenses. See Dkt. No. 716 (the "Motion"). The Securities and Exchange Commission ("SEC") states that it has reviewed a draft of the motion and supporting records, negotiated revisions of the Receiver's requested amounts, and found that the amounts requested are reasonable and account for the 20% holdback approved by the court in the Order Appointing Receiver (Dkt. No. 452, ¶59). See Dkt. No. 645. Therefore, the SEC consents to payment of the requested fees and expenses. The parties and ADEC Private Equity Investments, LLC have not objected to the request, and the court finds the request to be reasonable.

Accordingly, it is hereby ORDERED that:

1. The Receiver's Ninth Interim Application for Allowance of Compensation and Expenses (Dkt. No. 716) is ALLOWED.

2. $39,896.55 shall be paid to the Receiver from the Receivership Assets.

                                                                    /s/ Mark L. Wolf
                                                                    UNITED STATES DISTRICT JUDGE