UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br>                Plaintiff, <br><br>v. <br><br>BIOCHEMICS, INC., JOHN J. MASIZ, CRAIG MEDOFF and GREGORY S. KRONING, <br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br>CIVIL ACTION NO. 12-12324-MLW |

**RECEIVER'S REPORT OF NO OBJECTION TO MOTION FOR THE ENTRY OF AN ORDER APPROVING [PROPOSED] PLAN FOR DISTRIBUTION**

      Mark G. DeGiacomo, the court-appointed receiver of Biochemics, Inc. (the "Receiver") hereby reports to the Court that no comments or objections to the Receiver's Motion for the Entry of an Order Approving Proposed Plan for Distribution (the "Distribution Motion") were filed by the 21 day deadline referenced in the Distribution Motion (see paragraph 28), nor has any party contacted the Receiver with any informal comments or objections to the Distribution Motion.

                                          Respectfully submitted,

                                          /s/ Mark G. DeGiacomo
                                          Mark G. DeGiacomo, Receiver, BBO #118170
                                          Murtha Cullina LLP
                                          99 High Street, 20th Floor
                                          Boston, MA 02110
                                          (617) 457-4000 Telephone
                                          (617) 482-3868 Facsimile
                                          mdegiacomo@murthalaw.com

Date:   March 19, 2021

11358117v1

## **CERTIFICATE OF SERVICE**

I, Mark G. DeGiacomo, hereby certify that on the 19th day of March, 2021, I caused to be served a copy of the forgoing document to the parties receiving notice through the Court's ECF system.

*/s/ Mark G. DeGiacomo*
Mark G. DeGiacomo, BBO #118170
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000 Telephone
617-482-3868 Facsimile
mdegiacomo@murthalaw.com

11358117v1