UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>BIOCHEMICS, INC., JOHN J. MASIZ, CRAIG MEDOFF, and GREGORY S. KRONING,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 12-12324-MLW<br>)<br>)<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                                                  March 24, 2021

The court has reviewed the Tenth and Final Application for Allowance of Compensation and Expenses filed by the court-appointed Receiver for BioChemics, Inc., requesting $86,628.00. See Dkt. No. 720 (the "Motion"). The Securities and Exchange Commission ("SEC") states that it has reviewed a draft of the motion and supporting records, negotiated revisions of the Receiver's requested amounts, and found that the amounts requested are reasonable, including with regard to the 20% held back from the Receiver's prior nine interim reports pursuant to the Order Appointing Receiver (Dkt. No. 452, ¶59). See Dkt. No. 723. Therefore, the SEC consents to payment of the requested fees and expenses. The parties and ADEC Private Equity Investments, LLC have not objected to the request, and the court finds the request to be reasonable.

Accordingly, it is hereby ORDERED that:

1. The Receiver's Tenth and Final Application for Allowance of Compensation and Expenses (Dkt. No. 720) is ALLOWED.

2. $86,628.00 shall be paid to the Receiver from the Receivership Assets.

3. The Receiver's nine interim fee applications are finally APPROVED.

                                        /s/ Mark L. Wolf
                                 UNITED STATES DISTRICT JUDGE