UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>BIOCHEMICS, INC., JOHN J. MASIZ, CRAIG MEDOFF and GREGORY S. KRONING,<br><br>      Defendants. | CIVIL ACTION NO. 12-12324-MLW |

## ORDER APPROVING RECEIVER'S FINAL REPORT AFTER DISTRIBUTION

The Receiver's Final Report After Distribution having been submitted by the Receiver to the United States District Court.

IT IS HEREBY ORDERED that the Receiver's Final Report After Distribution is Approved, all taxes, fees and expenses of the Receivership Estate have been paid.

Dated: _____
                 Mark L. Wolf
                 Unites States District Court Judge

11767957v1